IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | * |
| | * |
| Plaintiff, | * |
| v. | *   CASE NO: CV-06-900008 |
| | * |
| OLDCASTLE MATERIALS | * |
| SOUTHEAST, INC., | *   **JURY TRIAL DEMANDED** |
| | * |
| Defendant. | * |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Lee County Circuit Clerk
2311 Gateway Drive
Opelika, Alabama 36801

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

You are hereby notified that on this date Oldcastle Materials Southeast, Inc., Defendant in the above-styled cause of action, filed their Notice of Removal, copies of which are attached, in the United States District Court for the Middle District of Alabama, Eastern Division, at Montgomery, Alabama.

Dated this 18th day of September, 2006.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

*/s/ Phillip E. Adams*
_____
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.

*/s/ Patrick C. Davidson*
_____
PATRICK C. DAVIDSON (ASB-4602-A43P)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.

*/s/ Matthew W. White*
_____
MATTHEW W. WHITE (ASB-6809-W83M)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.

OF COUNSEL:
ADAMS, UMBACH,
 DAVIDSON & WHITE, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334)745-6466

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 18th day of September, 2006.

_____
OF COUNSEL