**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

## NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Parker v. Givens et al**

**Case Number:    2:06-cv-00649-WHA**

**Referenced Pleading: Notice of Removal  - Doc. 1**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents attached to this notice.  Please see the correct PDF documents to this notice.**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 SEP 19 A 9: 39

| | | |
|---|---|---|
| KEN and NAOMI SCHWIEKER, | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-cv-838-MEF |
| | * | |
| OLDCASTLE MATERIALS | * | |
| SOUTHEAST, INC., | * | JURY TRIAL DEMANDED |
| | * | |
| Defendant. | * | |

## NOTICE OF REMOVAL

The Defendant, Oldcastle Materials Southeast, Inc., removes this case to the United States District Court for the Middle District of Alabama, Eastern Division, and as grounds therefore respectfully shows unto the Court the following:

1.    Plaintiffs, Ken and Naomi Schwieker, are citizens of the State of Alabama.

2.    Defendant Oldcastle Materials Southeast, Inc. is a corporation incorporated under the laws of the state of Delaware, with its principal place of business in Washington, D.C., and is, therefore, not a resident citizen of the state of Alabama.

4.    Jurisdiction is based upon diversity of citizenship, pursuant to 28 U.S.C. Section 1332(a) and 28 U.S.C. Section 1441(a).

5.    Plaintiffs have filed a lawsuit against the Defendant in the Circuit Court of Lee County, Alabama. A copy of the Complaint is attached hereto as Exhibit "A", and being made a part hereof.

6.    Plaintiffs' Complaint makes claims for private nuisance, negligence and



wantonness, injunctive relief, and statutory damages for diversion of water. Plaintiffs seek

both compensatory and punitive damages in an amount to be assessed by a jury. As noted

by Plaintiffs in their Complaint, Plaintiffs were parties to a previous lawsuit against this

Defendant and a previous owner and operator of the quarry, Hanson Aggregates, wherein

Plaintiffs obtained a verdict against this Defendant for $75,000.00, and a verdict against

Hanson Aggregates in an amount which exceeded $75,000.00. As noted, Plaintiffs also seek

injunctive relief, asking the Court to order that operations at the quarry cease. If the

Plaintiffs are awarded such damages and/or injunctive relief, the amount awarded will most

certainly exceed $75,000.00.

7.    Thus, it is clear that the matter in controversy, exclusive of interest and costs,

exceeds the sum of $75,000.00.

8.    There are no other defendants to this action besides this Defendant, and this

Defendant is removing this case within the applicable time period, pursuant to the aforesaid

statutes.

9.    Upon the filing of this notice of removal, Defendant has given written notice

thereof to the attorneys for the Plaintiffs and have filed a copy of the proceedings and notice

with the Circuit Court Clerk of Lee County, Alabama, all in accordance with the law.

WHEREFORE, Defendant Oldcastle Materials Southeast, Inc. prays that the removal

of said cause to the United States District Court for the Middle District of Alabama, Eastern

Division, be effected and no further or other proceedings may be had with respect to this

matter in the Circuit Court of Lee County, Alabama, pending a final decision and

determination of this controversy in the United States District Court.

Dated this 18th day of September, 2006.

ADAMS, UMBACH, DAVIDSON & WHITE, LLP


_____
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.


_____
PATRICK C. DAVIDSON (ASB-4602-A43P)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.


_____
MATTHEW W. WHITE (ASB-6809-W83M)
One of the Attorneys for Oldcastle Materials
Southeast, Inc.


OF COUNSEL:
ADAMS, UMBACH,
 DAVIDSON & WHITE, LLP
Post Office Box 2069
Opelika, Alabama  36803-2069
(334)745-6466

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon:

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

by placing a copy of the same in the United States mail, properly addressed and postage prepaid this the 18th day of September, 2006.

_____
OF COUNSEL