## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

**Case Style:  Schwieker et al v. Oldcastle Materials Southeast, Inc.**

**Case Number:     3:06-cv-00838-MEF**
**Referenced Pleading:   Return Receipt Card - doc. 6**

The referenced docket entry was filed in ERROR by the Clerk's on ***9/28/06*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because this should have been filed in case no. 06cv678. Please DISREGARD this docket entry.

Case 3:06-cv-00838-MEF-TFM     Document 7     Filed 10/02/2006     Page 2 of 2