## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| **v.** | * | **CASE NO: 3:06-CV-838-MEF** |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | **JURY TRIAL DEMANDED** |
| | * | |
| **Defendant.** | * | |

### REPORT OF PARTIES' PLANNING MEETING

1.    Appearances:

Pursuant to Fed. R. Civ. P. 26 (f), a meeting was held on September 20,

2006,  and was attended by:

        a.    Appearing on behalf of Plaintiffs:

            James B. Sprayberry, Esq.
            LAW OFFICES OF JAMES B. SPRAYBERRY
            P.O. Drawer 2429
            Auburn, AL 36831-2429

            Charles E. Vercelli, Jr., Esq.
            VERCELLI & ASSOCIATES, P.C.
            1019 S. Perry Street
            Montgomery, AL 36104-5049

        b.    Appearing on behalf of Defendant Oldcastle Materials Southeast,
            Inc.:

            Phillip E. Adams
            Matthew W. White
            Patrick C. Davidson
            ADAMS, UMBACH, DAVIDSON & WHITE, LLP

Post Office Box 2069
Opelika, Alabama  36803-2069
(334)745-6466

2.    Pre-Trial Disclosures.

The parties will exchange by January 1, 2007, the information required by

Fed. R. Civ. P. 26(a)(1).

3.    Discovery Plan.

The Parties jointly propose to the Court the following discovery plan:

a.    Discovery will be needed on the following subjects:    All matters,

not privileged, addressed in the parties' pleadings, including the Plaintiff's

allegations and the Defendants' defenses, causation and damages.

c.    All discovery commenced in time to be completed by August 30,

2007.

d.    Maximum of 50 interrogatories by each party to another party.

Responses due 30 days after service.

e.    Maximum of 30 requests for admission by each party to any other

party. Responses due 30 days after service.

f.    Maximum of 50 requests for production of documents.  Responses

due 30 days after service.

g.    Each deposition, other than of experts, limited to maximum of six (6)

hours unless extended by agreement of parties, eight (8) hours for experts.

h.    Reports from retained experts under Rule 26(a)(2) due:

(i)    From Plaintiff by April 30, 2007.

(ii)    From Defendants by May 14, 2007.

i.    Supplementations under Rule 26 are due 30 days before the close of discovery or as soon as reasonably practical after the information or documents are discovered.

4    Other Items:

a.    The parties do not request a conference with the Court before entry of the scheduling order.

b.    The parties request a Pre-Trial Conference during the month of November, 2007.

c.    The Plaintiff should be allowed until March 16, 2007, to join additional parties and until March 16, 2007, to amend the Pleadings.

d.    The Defendants should be allowed until April 13, 2007, to join additional parties and until April 13, 2007, to amend Pleadings.

e.    All potentially dispositive Motions should be filed no later than August 30, 2007.

f.    Settlement cannot be evaluated prior to August 30, 2007.

g.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be served and filed 45 days prior to Trial.

h.    Parties should have 7 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

i.    This case should be ready for Trial 30 days after Pre-Trial

Conference and at this time is expected to take approximately 7 to 21 days

depending upon rulings by this Court on partially dispositive motions to be filed.


Submitted this 30th day of October, 2006.


ATTORNEYS FOR PLAINTIFFS
KEN AND NAOMI SCHWIEKER


/s/ Charles E. Vercelli, Jr.
Charles E. Vercelli, Jr.
Alabama Bar No.:

OF COUNSEL:

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429


ATTORNEYS FOR DEFENDANT
OLDCASTLE MATERIALSOUTHEAST, INC.


/s/ Phillip E. Adams, Jr.
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
PATRICK C. DAVIDSON

OF COUNSEL:
ADAMS, UMBACH,
 DAVIDSON & WHITE, LLP
Post Office Box 2069
Opelika, Alabama  36803-2069
(334)745-6466