IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | )  Case No.: 3:06-CV-838 |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' EXPERT WITNESS DISCLOSURES

Plaintiffs submit the following expert witness disclosures for its experts expected to testify during the December 9, 2007, trial of this case.[1]

1. **Tom Aley**. Mr. Aley's opinions and the bases therefor were produced in the case of *Davis vs. Hanson*, Lee County Circuit Court Case No. CV-02-85A. They are incorporated here by reference.

2. **Woody Hicks**. Mr. Hick's opinions and the bases therefor were produced in the case of *Davis vs. Hanson*, Lee County Circuit Court Case No. CV-02-85A. They are incorporated here by reference.

3. **Frank Whitman**. Mr. Whitman's opinions and the bases therefor were produced in the case of *Davis vs. Hanson*, Lee County Circuit Court Case No. CV-02-85A. They are incorporated here by reference.

4. **Rodger Getz.** Mr. Getz's opinions and the bases therefor were produced in the case of *Davis vs. Hanson*, Lee County Circuit Court Case No. CV-02-85A. They are incorporated here by reference.

---

[1] All of the persons designated are well known to the Defendant Old castle, and their reports have been produced to Old castle multiple times since Old castle purchased the quarry from Hanson in July of 2003. Defendant has, moreover, deposed all of these persons multiple times, including in the months of November 2006 to January 2007. The Plaintiffs' experts are expected to testify in December of 2007 in this trial consistently with that which they have previously testified in the *Davis vs. Hanson* litigation in Lee County, Alabama.

5. Experts relating to the cost of repairing the sinkholes on the Schwiekers' property (if they can be repaired at this time). These experts have not yet been identified, although Plaintiffs have attempted to locate such experts. Plaintiffs have moved this Honorable Court for an extension of time to disclose these experts. See "Plaintiffs' Motion to Continue Expert Witness Exchange Date" and "Plaintiffs' Motion Regarding Adding Parties", both of which are incorporated herein by reference.

6. Jacob Pierce, Goodwyn Mills & Camwood (to the extent needed to authenticate trial exhibits as disclosed in the *Davis vs. Hanson* litigation in preparation for the January 2007 trial.

7. Plaintiffs further intend to use all or portions of the depositions or other testimony (including trial testimony) of the following persons who were disclosed as experts in the *Davis vs. Hanson* litigation, and who were employed by the Defendants Hanson and/or Old castle in that litigation: Dr. Robert Cook, Dr. Ralph Ewers, Dr. Charles Faust, Brian Fowler, Pete Anderson, Fatima Hinds, Dr. Lane Schultz.

8. Although not retained experts, Plaintiffs intend to use the Dixie Pipeline and Alabama Electric Cooperative employees whose depositions were taken in the Davis vs. Hanson litigation in preparation for the 2004 and January 2007 trials.

Respectfully submitted this the 10th day of April, 2007.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL:  (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX:  (334) 821-7101 | TEL:  (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX:  (334) 834-8807 |
| | cvercelli@vercelli-law.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

I also hereby certify that a copy of the foregoing will be served upon:

W. F. Horsley
SAMSON & DENSON, LLP
P. O. Box 2345
Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 11th day of April, 2007.

                                                         **/s/  C. E. Vercelli, Jr.**
                                                         Of Counsel

500-06\P Expert Witness Disclosure.2.wpd