## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| Defendant. | * | |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
### "MOTION REGARDING ADDING PARTIES" AND SUPPLEMENTAL PLEADINGS

Comes Now Defendant Oldcastle Materials Southeast, Inc., by and through the undersigned counsel, and moves this Honorable Court to strike Plaintiff's "Motion Regarding Adding Parties" and Supplemental Motions. As grounds for said motion, Defendant states as follows:

1. Pursuant to this Court's Uniform Scheduling Order, filed November 1, 2006, Plaintiffs had until January 15, 2007 to file any motion to add parties. Plaintiffs have clearly missed that deadline.

2. Furthermore, as is clearly set forth in Plaintiff's motion, Plaintiffs were well aware of Defendant's position regarding the Gilmore and Young parties prior to the January 15, 2007 deadline.

Respectfully submitted,

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

/s/Matthew W. White
PHILLIP E. ADAMS, JR. (ADA025)
PATRICK C. (RICK) DAVIDSON (DAV025)
MATTHEW W. WHITE (WHI086)
Attorney for Defendant Oldcastle
P.O. Box 2069
Opelika, Alabama  36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the above and foregoing upon the following, this the 17th day of April, 2007:

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

      /s/ Matthew W. White
      Of Counsel