IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **OLDCASTLE MATERIALS SOUTHEAST, INC.,** | )   Case No.: 3:06-CV-838 |
| | ) |
| **Defendant.** | ) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO
STRIKE PLAINTIFFS' MOTION REGARDING ADDING
PARTIES AND SUPPLEMENTAL PLEADINGS**

Plaintiffs respond to Defendant Oldcastle's Motion to Strike their Motion Regarding Adding Parties, as follows:

1.   Defendant has asked this Court to strike the Motion filed by the Plaintiffs regarding asking this Court and Defendant to determine whether parties need to be added, as set forth in the Motion.

2.   The Motion is intended to clear up the status of this litigation and to require the Defendant either to affirmatively argue that additional parties must be added, or waive said argument.

3.   Plaintiffs are of the opinion that no other parties must be added to this case at this time. However, Plaintiffs feel that the Defendant may, for strategic reasons, try to raise this issue at a later date. By delaying its filing of such a motion to dismiss on the basis that the Plaintiffs have not added a party, the Defendant would hope to gain a strategic advantage and/or a continuance of the trial of this case set for December.

4.   For these reasons, the Plaintiffs have attempted to bring this issue to the Court's attention in order to have an early determination of the question whether the landowners, the persons leasing the quarry pit to the quarry operator, Defendant Oldcastle, should be added to this case. If the Court is of the opinion that they should be added, they

can still be added without delaying the trial of this case in December.  If the Court is of the opinion that they need not be added, which is the Plaintiffs' position, then the Defendants will be required to litigate this issue now, rather than bringing it up at the last moment, as they did in the Lee County litigation.

5. As shown by the response and, even more so, by the original Motion Regarding Adding Parties, this issue is important and should be resolved at the earliest time practicable.  Defendant's Motion should therefore be denied.  Plaintiffs request this Honorable Court to set a hearing on Plaintiff's Motion Regarding Adding Parties at the earliest practicable time.

**WHEREFORE,** for good cause shown, Plaintiffs move this Honorable Court to deny Defendant's Motion to Strike Plaintiffs' Motion Regarding Adding Parties.

Respectfully submitted this the 8th day of May, 2007.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429
TEL:  (334) 821-7100
FAX:  (334) 821-7101
jsprayberry-spraylaw@charter.net

Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  (334) 834-8805
FAX:  (334) 834-8807
cvercelli@vercelli-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of May, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

      Phillip E. Adams, Jr.
      Rick Davidson
      Matthew W. White
      ADAMS, UMBACH, DAVIDSON & WHITE, LLP
      P. O. Box 2069
      Opelika, AL 36803-2069

      I also hereby certify that a copy of the foregoing will be served upon:

      W. F. Horsley
      SAMSON & DENSON, LLP
      P. O. Box 2345
      Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 8th day of May, 2007.

                                                  **/s/ C. E. Vercelli, Jr.**
                                                  Of Counsel

500-06\Ps' Resp-D's M-Strike P's M-Add Parties.2.wpd