IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-838-MEF |
| ) | |
| OLDCASTLE MATERIALS ) | |
| SOUTHEAST, INC. ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the Plaintiffs' Motion to Continue Expert Witness Exchange Date (Doc. # 11) filed on April 10, 2007, and for good cause shown, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART. Section 8 of the Rule 16 Scheduling Order is amended as follows:

> The parties shall disclose to each other the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, and provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

> From the plaintiffs - **September 6, 2007**

> From the defendant - **October 6, 2007**.

All other deadlines contained in the Uniform Scheduling Order (Doc. # 10) entered on November 1, 2006 remain in full force and effect.

DONE this 15th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE