IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., by and through counsel, and moves this Honorable Court to extend the deadline for filing motions for summary judgment. As grounds for said motion, Defendant states as follows:

1. Defendant anticipates filing a motion for summary judgment in this case.

2. The deadline for filing motions for summary judgment is currently set for August 6, 2007.

3. This Honorable Court recently extended the expert disclosure deadlines in this cases so that the Plaintiffs have until September 6th to make expert witness disclosures, while Defendant has until October 5 to make expert witness disclosures.

4. Defendant requests that the motion for summary judgment

        deadline be extended until sometime after the expert witness disclosures have been made, and expert witness depositions have been taken, given that it is anticipated that the basis of Defendant's motion for summary judgment will relate in large part to testimony and evidence presented by the expert witnesses.

5.     Defendant requests a summary judgment deadline in early November.

        Respectfully submitted,

        /s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
One of the attorneys for Oldcastle Materials

OF COUNSEL:

ADAMS, UMBACH,
  DAVIDSON & WHITE, LLP
P. O. BOX 2069
OPELIKA, ALABAMA 36803-2069
334-745-6466

# CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing upon:

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

Done this the 27th day of June, 2007.

    /s/ Matthew W. White
    OF COUNSEL