IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | ) Case No.: 3:06-CV-838 |
| | ) |
| Defendant. | ) |

### PLAINTIFFS' RESPONSE TO OLDCASTLE'S MOTION TO EXTEND SUMMARY JUDGMENT DEADLINE

Plaintiffs respond to Oldcastle's Motion to Extend Summary Judgment Deadline as follows:

1. The Motion should be granted. Plaintiffs do not oppose the Motion.

2. The Motion should also include an extension of time for the Plaintiffs to file summary judgment, as well as the Defendant.

**WHEREFORE,** Plaintiffs move this Honorable Court to grant the Defendant's Motion to Extend the Summary Judgment Deadline and to give the same extension to the Plaintiffs.

Respectfully submitted this the 6th day of July, 2007.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429
TEL: (334) 821-7100
FAX: (334) 821-7101
jsprayberry-spraylaw@charter.net

Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: (334) 834-8805
FAX: (334) 834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

I also hereby certify that a copy of the foregoing will be served upon:

W. F. Horsley
SAMSON & DENSON, LLP
P. O. Box 2345
Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 6th day of July, 2007.

/s/ C. E. Vercelli, Jr.
Of Counsel

500-06\Ps' Resp-D's M-Extend SJ.1.wpd