IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| Defendant. | * | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐   There are no entities to be reported.

- or -

The following entities are hereby reported:

_Parent Companies: CRH, plc_____

_Oldcastle, Inc._____

_____

Done this the 6th day of July, 2007.

                                              ADAMS, UMBACH, DAVIDSON & WHITE, LLP

                                              /s/ Phillip E. Adams, Jr._____
                                              PHILLIP E. ADAMS, JR. (ASB-9946-D56P)

/s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials Southeast
Post Office Box 2069
Opelika, AL 36803-2069
334-745-6466

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served upon:

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

Done this the 6th day of July, 2007.

_/s/ MATTHEW W. WHITE___
OF COUNSEL