IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*,            ) | |
| )                                   | |
|    Plaintiffs,       ) | |
| )                                   | |
| v.                                  ) | CASE NO. 3:06-cv-838-MEF |
| )                                   | |
| OLDCASTLE MATERIALS                 ) | |
| SOUTHEAST, INC.                     ) | |
| )                                   | |
|    Defendant.        ) | |

# **O R D E R**

This cause is before the Court on Plaintiffs' Motion Regarding Adding Parties (Doc. # 12) filed on April 10, 2007 and Defendant's Motion to Strike Plaintiffs' "Motion Regarding Adding Parties" and Supplemental Pleadings (Doc. # 16) filed on April 17, 2007. Plaintiffs Ken and Naomi Schwieker request the following: an order requiring Defendant Oldcastle Materials Southeast, Inc. ("Oldcastle") to set forth in writing its position on whether the landowners from whom Oldcastle leases its limestone quarry should be added as necessary or indispensable parties; an order setting this matter for a hearing and requiring briefing of the parties in advance thereof; and an order, if necessary and appropriate, adding the landowners as party defendants, whether voluntary or involuntary. Plaintiffs assert in their motion that it is their contention "that the landowners are not necessary or indispensable until and unless this Court, at a non-jury, injunction phase of this litigation, determines whether or not to shut down the quarry" but are nonetheless concerned that Oldcastle will later take the position that

if those landowners are not added, then the case has to be dismissed. Doc. # 12 at 4. Since neither party is moving at this point to add these landowners as necessary or indispensable parties, this issue is not ripe. Therefore, it is hereby ORDERED as follows:

(1) Plaintiffs' Motion (Doc. # 12) is DENIED.

(2) Defendant's Motion (Doc. # 16) is DENIED AS MOOT.

DONE this the 11th day of July, 2007.

                                                                        /s/ Mark E. Fuller  
                                             CHIEF UNITED STATES DISTRICT JUDGE