IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.,* )<br>)<br>  Plaintiffs, )<br>v. )<br>)<br>OLDCASTLE MATERIALS )<br>SOUTHEAST, NC. )<br>)<br>  Defendant. ) | CASE NO. 3:06-cv-838-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion to Extend Summary Judgment Deadline (Doc. #19) filed on June 27, 2007, it is hereby

ORDERED that the motion is GRANTED in part and DENIED in part. The deadline for filing dispositive motions is extended to and including September 6, 2007.

DONE this the 12th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE