IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 3:06-CV-838-MEF |
| ) | |
| OLDCASTLE MATERIALS SOUTHEAST, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## CONFLICT DISCLOSURE STATEMENT

Ken and Naomi Schwieker, Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ ____ This party is an individual, or

☐ ____ This party is a governmental entity, or

☐ ____ There are no entities to be reported, or

☐        The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| ____ None | N/A |

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

OF COUNSEL:

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY<br>P.O. Drawer 2429<br>Auburn, AL 36831-2429<br>TEL:  (334) 821-7100<br>FAX:  (334) 821-7101<br>jsprayberry-spraylaw@charter.net | Charles E. Vercelli, Jr.<br>VERCELLI & ASSOCIATES, P.C.<br>1019 S. Perry Street<br>Montgomery, AL 36104-5049<br>TEL:  (334) 834-8805<br>FAX:  (334) 834-8807<br>cvercelli@vercelli-law.com |

## CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of August, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

     Phillip E. Adams, Jr.
     Rick Davidson
     Matthew W. White
     ADAMS, UMBACH, DAVIDSON & WHITE, LLP
     P. O. Box 2069
     Opelika, AL 36803-2069

     I also hereby certify that a copy of the foregoing will be served upon:

     W. F. Horsley
     SAMSON & DENSON, LLP
     P. O. Box 2345
     Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 22nd day of August, 2007.

                                                                /s/  C. E. Vercelli, Jr.
                                                                Of Counsel

155-00\Conflict Disclosure.1.wpd