IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| Defendant. | * | |

### NOTICE CONCERNING SETTLEMENT
### CONFERENCE AND MEDIATION

Pursuant to this Court's Scheduling Order, the parties in this matter conducted a face to face settlement conference on August 27, 2007. During that conference, the parties engaged in good faith settlement discussions. During said conference, settlement was not reached between the parties. Furthermore, the parties do not believe that mediation would be helpful in potentially settling this matter at this time.

　　　　　　　　　　　　　　　　　　/s/ Matthew W. White
　　　　　　　　　　　　　　　　MATTHEW W. WHITE (ASB-6809-W83M)
　　　　　　　　　　　　　　　　ADAMS, UMBACH, DAVIDSON & WHITE,
　　　　　　　　　　　　　　　　LLP
　　　　　　　　　　　　　　　　P. O. Box 2069
　　　　　　　　　　　　　　　　Opelika, AL  36803-2069
　　　　　　　　　　　　　　　　334-745-6466

　　　　　　　　　　　　　　　　　　/s/ James B. Sprayberry
　　　　　　　　　　　　　　　　JAMES B. SPRAYBERRY, ESQ.
　　　　　　　　　　　　　　　　P.O. Drawer 2429
　　　　　　　　　　　　　　　　Auburn, AL 36831-2429
　　　　　　　　　　　　　　　　334-821-7100