IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No.: 3:06-CV-838 |
| ) | |
| **OLDCASTLE MATERIALS SOUTHEAST, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DISCLOSE ONE EXPERT WITNESS REPORT

Plaintiffs move this Honorable Court to extend the time in which to disclose one additional expert witness. As grounds for this Motion, Plaintiffs say:

1. The Court previously granted Plaintiffs' Motion to Extend Time to Exchange Expert Witnesses to and including September 6, 2007.

2. Plaintiffs have diligently attempted to locate all of the expert witnesses they will need for the trial of this case. However, they were unable to locate, until September 6, a stream restoration/stream reconstruction expert. That expert has not had time to examine the Schwieker property or to give them a report regarding the best method to restore the creeks and streams on the Schwieker property.

3. The Plaintiffs anticipate that the stream restoration expert will be able to give complete opinions in accordance with Rule 26 within 10 days. Plaintiffs therefore request this Honorable Court to give them until September 17, 2007, to disclose this one report.

4. In this case, the Plaintiffs and Defendants have, combined, in the vicinity of 20 expert witnesses or persons who will give testimony that might be considered to be expert testimony under Federal Rules of Evidence 702-705. None of those other experts, however, is a stream restoration expert. The Schwiekers have sinkholes that have formed

on large areas of their land including on areas of their land encompassing two streams of creeks that have disappeared into the ground in sinkholes. Locating an appropriate stream restoration expert has been very difficult, as few people have this knowledge or expertise, and Plaintiffs have only now been able to identify a person who may be able to assist them as such an expert witness.

5.  Almost all of the other expert witnesses anticipated to be used by either of the parties in the trial of this case have previously been deposed on at least one, or in many cases, on multiple occasions. This is because this litigation is very related to litigation that has been pending in Lee County, Alabama, since 2002. That litigation included a 2004 trial wherein Mr. and Mrs. Schwieker obtained a verdict against Oldcastle to the effect that Oldcastle was responsible for causing sinkholes to form on their property. That verdict was not appealed by Oldcastle and it is, therefore, *res judicata* on the issue of liability.

6.  It is necessary that the Plaintiffs be able to use the services of this additional expert witness at the trial of this case in order adequately to prove their damages. Given the history of this litigation and the multiple depositions already taken, Plaintiffs aver that it will not prejudice the Defendant to give the Plaintiffs an additional ten or eleven days in which to identify and disclose this one expert witness. The Plaintiffs certainly agree to give the Defendants extra time in which to find a rebuttal expert should the Defendants require that time.

**WHEREFORE,** for good cause shown, Plaintiffs move this Honorable Court to extend the time in which to disclose one expert witness for the trial of this case, to and including September 17, 2007.

Respectfully submitted this the 6th day of September, 2007.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL: (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX: (334) 821-7101 | TEL: (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX: (334) 834-8807 |
| | cvercelli@vercelli-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

I also hereby certify that a copy of the foregoing will be served upon:

W. F. Horsley
SAMSON & DENSON, LLP
P. O. Box 2345
Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 6th day of September, 2007.

/s/ C. E. Vercelli, Jr.
Of Counsel

500-06\Ps' M-Ext-to discl exp witn report.2.wpd