**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )          **Case No.: 3:06-CV-838** |
| | ) |
| **OLDCASTLE MATERIALS SOUTHEAST, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**NOTICE OF SERVING DISCOVERY**

Plaintiffs give notice of the filing of the following discovery in this case:

1.      "Plaintiff Schwieker's Witness List for December 2007 Trial."

2.      "Plaintiffs' Expert Witness Disclosures."

Respectfully submitted this the 6th day of September, 2007.

_____          s/ C. E. Vercelli, Jr.
                                          **CHARLES E. VERCELLI, JR.** (VER003)
                                          One of the Attorneys for Plaintiffs

**OF COUNSEL:**

LAW OFFICES OF JAMES B. SPRAYBERRY          Charles E. Vercelli, Jr.
P.O. Drawer 2429                            VERCELLI & ASSOCIATES, P.C.
Auburn, AL 36831-2429                       1019 S. Perry Street
TEL:   (334) 821-7100                       Montgomery, AL 36104-5049
FAX:   (334) 821-7101                       TEL:   (334) 834-8805
jsprayberry-spraylaw@charter.net            FAX:   (334) 834-8807
                                            cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

I also hereby certify that a copy of the foregoing will be served upon:

W. F. Horsley
SAMSON & DENSON, LLP
P. O. Box 2345
Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 6th day of September, 2007.

/s/ C. E. Vercelli, Jr.
Of Counsel

500-06\Ps' Notice of Serv Disc.1.wpd

2