IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| Defendant. | * | |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO DISCLOSE ONE EXPERT WITNESS REPORT**

Comes Now Defendant Oldcastle Materials Southeast, Inc., by and through the undersigned counsel, and hereby objects to Plaintiffs' Motion for Extension of Time to Disclose One Expert Witness Report. In opposition, Defendant states as follows:

1. This case has been pending since September 2006.

2. However, as Plaintiffs state in their Motion for Extension of Time to Disclose One Expert Witness Report, "this litigation is very related to litigation that has been pending in Lee County, Alabama, since 2002."

3. The Plaintiffs have had plenty of time to locate any expert witness necessary to prosecute their case.

4. Moreover, the Plaintiffs have already received one extension to Exchange Expert Witnesses.

5. Therefore, Defendant objects to any further extensions and respectfully requests that this Honorable Court deny Plaintiffs' Motion.

Respectfully submitted,

ADAMS, UMBACH, DAVIDSON & WHITE, LLP

/s/Matthew W. White
PHILLIP E. ADAMS, JR. (ADA025)
PATRICK C. (RICK) DAVIDSON (DAV025)
MATTHEW W. WHITE (WHI086)
Attorney for Defendant Oldcastle
P.O. Box 2069
Opelika, Alabama  36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the above and foregoing upon the following, this the 10th day of September, 2007:

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

  /s/ Matthew W. White
Of Counsel

2