IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-838-MEF |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC. | ) ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiffs' Motion for Extension of Time to Disclose One Expert Witness Report (Doc. # 27), it is hereby ORDERED that the motion is GRANTED.

Done on this the 9th day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE