IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, )<br>)<br>   Plaintiffs, )<br>v. )<br>)<br>OLDCASTLE MATERIALS )<br>SOUTHEAST, NC. )<br>)<br>   Defendant. ) | CASE NO. 3:06-cv-838-MEF |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Partial Summary Judgment (Doc. #29) filed on September 6, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on November 7, 2007.

It is further ORDERED that the defendant file a response which shall include a brief and any evidentiary materials on or before October 31, 2007. The plaintiffs may file a reply brief on or before November 7, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 16th day of October, 2007.

                                                              /s/ Mark E. Fuller
                                            CHIEF UNITED STATES DISTRICT JUDGE