IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| KEN SCHWIEKER, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| v. | ) | CASE NO. 3:06-cv-838-MEF |
| | ) | |
| OLDCASTLE MATERIALS | ) | |
| SOUTHEAST, NC. | ) | |
| | ) | |
|    Defendant. | ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion to Amend/Correct Complaint (Doc. #46) filed on November 7, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 16th day of November, 2007.

                                           /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE