IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | )  Case No.: 3:06-CV-838 |
| | ) |
| Defendant. | ) |

## MOTION TO APPEAR BY TELEPHONE
## AT STATUS CONFERENCE ON NOVEMBER 27, 2007

Charles E. Vercelli, Jr., one of the attorneys for the Plaintiffs, moves this Honorable Court to appear by telephone at that status conference to be held on November 27, 2007, at 9:00 a.m. As grounds for this Motion, Plaintiffs' counsel says:

1. Plaintiffs' counsel has a previously scheduled appointment out of town on November 27. It would be difficult to miss this scheduled meeting, as it is in the middle of a three-day meeting out of town.

2. The Court recently scheduled a status conference for November 27 at 9:00 a.m. The principal subject to be discussed is, in counsel's opinion, when to schedule a trial of this case.

3. Counsel would be happy to call the chambers of the Court at 9:00 a.m. in order to participate in a telephone conference call, if the Court will allow the same.

4. Counsel notes, interestingly, that counsel's calendar is kept on a hand-held PDA/telephone. The Court's security personnel will not allow counsel to bring that telephone into the courthouse, so in actuality, it would be better for counsel to appear by telephone in order to have his calendar handy.

**WHEREFORE,** for good cause shown, the undersigned Charles E. Vercelli, Jr. moves this Honorable Court for permission to appear via telephone at the scheduling conference to be held on November 27, 2007. The undersigned will call the chambers of the Court

shortly before 9:00 a.m. on that day.

Respectfully submitted this the 16th day of November, 2007.

                 s/ C. E. Vercelli, Jr.
                 **CHARLES E. VERCELLI, JR.** (VER003)
                 One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL:  (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX:  (334) 821-7101 | TEL:  (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX:  (334) 834-8807 |
| | cvercelli@vercelli-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

I also hereby certify that a copy of the foregoing will be served upon:

W. F. Horsley
SAMSON & DENSON, LLP
P. O. Box 2345
Opelika, AL 36803-2345

counsel for the landowners, by placing a copy of the same in the United States Mail, postage prepaid and properly addressed on the 16th day of November, 2007.

                 /s/  C. E. Vercelli, Jr.
                 Of Counsel

500-06\M-Appear by Telephone.2.wpd