IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.  3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES ) | |
| SOUTHEAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

COMES now Christine B. Dean, and files herein her notice of appearance as one of the attorneys for Oldcastle Materials Southeast, Inc.

                ADAMS, UMBACH, DAVIDSON & WHITE, LLP


                BY:  s/ CHRISTINE B. DEAN
                    CHRISTINE B. DEAN. (DEA027)
                    Attorney for Defendant
                    P. O. Box 2069
                    Opelika, AL 36803-2069
                    Tel. (334) 745-6466

CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 26th day of November, 2007:

JAMES B. SPRAYBERRY, ESQ.
POST OFFICE DRAWER 2429
AUBURN, ALABAMA  36831-2429

CHIP VERCELLI, ESQ.
VERCELLI & ASSOCIATES, P.C.
1019 S. PERRY STREET
MONTGOMERY, ALABAMA  36104-5049

                                                                                    s/ CHRISTINE B. DEAN
                                                                                    OF COUNSEL