IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-838-MEF |
| ) | |
| OLDCASTLE MATERIALS ) | |
| SOUTHEAST, NC. ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiffs' Motion for Leave to Appear by Telephone at Status Conference (Doc. #50) filed on November 16, 2007, it is hereby

ORDERED that the motion is DENIED as moot.

DONE this the 28th day of November, 2007.

                                                    /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE