IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-838-MEF |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for Reconsideration (Doc. # 51), it is hereby ORDERED that

Plaintiffs shall file a response on or before December 5, 2007.

Done on this the 28th day of November, 2007.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE