IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 3:06-CV-838 |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF DEPOSITION

TO:   Phillip E. Adams, Jr.
      Rick Davidson
      Matthew W. White
      ADAMS, UMBACH, DAVIDSON & WHITE, LLP
      P. O. Box 2069
      Opelika, AL 36803-2069

Please take notice that the undersigned will take the deposition of **Brian Fowler** on Thursday, March 13, 2008, at 9:00 a.m., at the offices of ADAMS, UMBACH, DAVIDSON & WHITE, LLP, 205 S. Ninth Street, Opelika, Alabama, 36801, 334-745-6466, before a duly authorized court reporter or some other officer authorized by law to administer oaths.

The deponent is requested to bring the *originals* of the following:

1. All documents in the possession or subject to the control of Oldcastle or you that have been requested by the Plaintiffs in this litigation.

2. All documents in the possession or subject to the control of Oldcastle or you that relate in any way to the groundwater levels in Lee County, Alabama.

3. All documents in the possession or subject to the control of Oldcastle or you that relate in any way to stream flows.

4. All documents in the possession or subject to the control of Oldcastle or you that relate in any manner to discharges of groundwater from the quarry, or pumping records of the quarry.

5. All documents in the possession or subject to the control of Oldcastle or you relating to repairs to any and every sinkhole in Lee County that have been repaired in accordance with the settlement agreement with Lee County, Alabama.

6. All documents in the possession or subject to the control of Oldcastle or you relating to any settlement agreement between Oldcastle and any party not represented by attorneys Charles E. Vercelli, Jr. and/or James B. Sprayberry.

7. All documents in the possession or subject to the control of Oldcastle or you relating in any way to Ken and Naomi Schwieker or their property.

8. All documents in the possession or subject to the control of Oldcastle or you regarding exploratory drilling or digging on or near Spring Villa Road, either by Defendant, Barge Waggoner, APAC, or any other person or firm.

9. All documents in the possession or subject to the control of Oldcastle or you relating in any way to Oldcastle's efforts to ensure that its pumping does not harm the Schwiekers' property. Without limitation, this should include any Board of Directors Minutes, any internal memoranda or e-mails of any type or description, and any other document of any description that relates in any way to this request for production.

The deposition may be continued from time to time until completed. You are invited to attend and cross-examine.

Respectfully submitted this the 3rd day of March, 2008.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL: (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX: (334) 821-7101 | TEL: (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX: (334) 834-8807 |
| | cvercelli@vercelli-law.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 3rd day of March, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Phillip E. Adams, Jr.
    Rick Davidson
    Matthew W. White
    ADAMS, UMBACH, DAVIDSON & WHITE, LLP
    P. O. Box 2069
    Opelika, AL 36803-2069

                                          **s/C. E. Vercelli, Jr.**

## **DEFINITIONS**

"Document" or "documents" shall mean every original and every non-identical copy (including blind copies) of each and every paper, writing, picture, photograph, slide, movie, film, visual or audio description, videotape, sound recording, microfilm, data stored or recorded by mechanical, electronic, electrical, or magnetic means (including, without limitation, data stored or recorded on or in punched cards, computer tapes, discs, reels, computer source codes, or other devices for business machines or any other means of storing and/or transmitting human intelligence), or any other printed or readable (by human or machine) materials. To be included, without limitation, in this definition of "document" are every invoice, statement, ledger sheet, recommendation, endorsement, order, direction, letter, telegram, teletype, report, memorandum (including, but without limitation, every intra-office memorandum, file memorandum, work memorandum, and memorandum of telephone conversations), interview, schedule, graph, chart, note (including, but without limitation, notes used to prepare any letter, memorandum, reports or other documents as herein defined) contract, agreement, form, worksheet, timesheet, expense ledger, check (canceled or otherwise), checkstub, voucher receipts, witness (including potential witness) statement, transcript, interview, sound recording or sound recording transcription, video tape, computer printout, book of account, payroll records, minutes, diaries (both office and personal), calendar, log, file card, raw data, notes and/or travel reports, data evidence, statement of expenses incurred, report of investigation, report of interview, record, brochure, book, exhibit, draft, certificate, table, price list, and any other tangible item or thing of readable or visual material of whatever nature and each and every file, folder, or other container in which the above items are stored, filed, or maintained.

500-06\notice-depo-Fowler.2.wpd