# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** )<br>)<br>**Plaintiffs,** )<br>)<br>v.   )<br>)<br>**OLDCASTLE MATERIALS SOUTHEAST,** )<br>**INC.,** )<br>)<br>**Defendant.** ) | Case No.: 3:06-CV-838 |

## PLAINTIFFS' REQUEST TO SUPPLEMENT DISCOVERY RESPONSES

1. Plaintiffs request Defendant Oldcastle to supplement all of its prior discovery responses, in accordance with Alabama Rule of Civil Procedure 26(e).

2. Plaintiffs request Defendant Oldcastle to file complete responses to the discovery requests previously submitted. Oldcastle has not yet responded to the discovery requests, so that all discovery requests need to be responded to.

Respectfully submitted this the 3rd day of March, 2008.

                                                              **s/ C. E. Vercelli, Jr.**
                                                              **CHARLES E. VERCELLI, JR.** (VER003)
                                                              One of the Attorneys for Plaintiffs

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY<br>P.O. Drawer 2429<br>Auburn, AL 36831-2429<br>TEL: (334) 821-7100<br>FAX: (334) 821-7101<br>jsprayberry-spraylaw@charter.net | Charles E. Vercelli, Jr.<br>VERCELLI & ASSOCIATES, P.C.<br>1019 S. Perry Street<br>Montgomery, AL 36104-5049<br>TEL: (334) 834-8805<br>FAX: (334) 834-8807<br>cvercelli@vercelli-law.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of March, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Phillip E. Adams, Jr.
    Rick Davidson
    Matthew W. White
    ADAMS, UMBACH, DAVIDSON & WHITE, LLP
    P. O. Box 2069
    Opelika, AL 36803-2069

                                                    **s/C. E. Vercelli, Jr.**

500-06\Ps' Req Supp Disc Resp.1.wpd