IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | * |
| Plaintiff, | * |
| vs. | *   Case No. 3:06-CV-838-MEF |
| OLD CASTLE MATERIALS SOUTHEAST, INC., | * |
| Defendant. | * |

**PLAINTIFF SCHWIEKER'S WITNESS LIST**
**for MAY 19, 2008 TRIAL**

Plaintiff Schwieker reserves the right to call the following persons as witnesses at the trial of this case in December of 2007:

1. **Neal Hall**. Mr. Hall is the Lee County Engineer and will testify about all aspects of the County's claims for damages, as well as road problems, road repairs, and road closures.

2. **Gallet & Associates, Frank Whitman**, expert witnesses. Mr. Whitman is the Gallet & Associates Senior Engineer who assisted Lee County with respect to the geotechnical investigation of Spring Villa Road, and who is expected to offer further expert testimony that due to the new problems and significant increase in sinkhole activity in and around Spring Villa Road, it is not feasible to repair the roadbed at this time.

3. **Tom Aley**. This expert is well known to the Defendant. He has not performed further tests, but is expected to update his opinions in light of the substantial increase in sinkhole activity north, northeast, south, and west of the quarry (including the problems with the Dixie Pipeline sinkhole and the Alabama Electric Coop power line). He will offer testimony as previously offered in the 2004 trial and in his multiple depositions in the Lee County litigation. All of his reports and opinions from that litigation are

incorporated here by reference. Further, Mr. Aley will update his opinions when documents that have been requested are produced by Oldcastle.

4. **Woody Hicks**. This expert is well known to the Defendant. He has not performed further tests, but is expected to update his opinions in light of the substantial increase in sinkhole activity north, northeast, south, and west of the quarry (including the problems with the Dixie Pipeline sinkhole and the Alabama Electric Coop power line). He will offer testimony as previously offered in the 2004 trial and in his multiple depositions in the Lee County litigation. All of his reports and opinions from that litigation are incorporated here by reference. Further, Mr. Aley will update his opinions when documents that have been requested are produced by Oldcastle.

5. **Rodger Getz**. This expert is well known to the Defendant. He has not performed further tests, but is gathering additional precipitation data and is expected to update his opinions. He will offer testimony as previously offered in trial and deposition testimony. His most recent opinions are produced herewith as well.

6. **Dan Hilyer**. This witness is well known to Defendant and will offer testimony similar to his prior testimony. To the extent needed, he will update his testimony with information relating to costs of providing water to the Spring Villa Park, especially in light of the repairs to Spring Villa Road.. He will further testify that many persons in the Spring Villa area are not serviced by public water supplies and that they therefore rely upon well water for domestic purposes.

7. **Bill Harrelson**. This witness is well known to Defendant and will offer testimony similar to his prior trial and deposition testimony in the Lee County Litigation. To the extent needed, he will update his testimony with information relating to costs of removing the old Spring Villa Swimming Pool and constructing a new one.

8. **Alan Lee (**if sampling chain of custody is disputed). This witness is well known to Defendant and will offer testimony similar to his prior deposition testimony.

9. **Ken and Naomi Schwieker**. Mr. and Mrs. Schwieker will offer testimony similar to his prior 2004 trial and their prior deposition testimony. They will also testify about the many, many new sinkholes in the area, on their property, on the Spring Villa Road roadbed, and in the Little Uchee Creek, and they will testify about the Alabama Electric Coop power line sinkhole and the sinkhole that formed directly under the Dixie Pipeline. Mr. Schwieker intends to collect data on further sinkhole development through the discovery cutoff in this case and will timely advise Defendant of new sinkholes as they become known to the Plaintiffs.

10. **Donnie Smith, Ronnie Smith or Shirley Smith-Dyson**. These witnesses are well known to Defendant and will offer testimony similar to their prior deposition testimony. To the extent needed, they will update their testimony with information relating to Oldcastle's repair of sinkholes on their property and the redevelopment of sinkholes after Oldcastle's repair of their property.

11. **Mary Knapp.** This witness is well known to the Defendant. She is a resident on Lee Road 704 who has had numerous collapses of a sinkhole in her yard and on the street, and who has suffered the loss of water caused by sinkhole problems. She will testify and has been deposed by the Defendant in the Lee County litigation.

12. **David Tankersley**. This witness is well known to Defendant and will offer testimony similar to his prior deposition testimony. He will also testify about the development of dozens of piping holes and some sinkholes on his property since the 2004 trial. He will testify on the estimated cost to repair the Schwieker property, as identified on the Expert witness disclosure of today's date.

13. **John Twitty,** Alabama Electric Co-Operative (Andalusia) Transmission Engineering Supervisor (or other corporate representative) will testify regarding the relocation of the power pole north of the Little Uchee Creek due to the sinkhole that

endangered that pole, as well as the dangers to the public were the power line to be compromised.

14.     **Darren Brown** or his father, who operates a business on Spring Villa Road west of David Tankersley, known as Brown Tool & Mold.  They have sinkholes in their field, some of which the Defendants' experts have already examined.   However, several additional sinkholes have formed on that property since the 2004 trial.  Some holes were repaired by Oldcastle and the repairs have failed.

15.     **Brian Fowler,** Defendants' witness, by deposition or other Oldcastle Corporate Representative.

16.     **Dr. Faust,** Defendants' witness (by deposition).

17.     **Dr. Ewers,** Defendant's witness (by deposition).

18.     **Dr. Cook,** Defendants' witness (live or by deposition);

19.     **Bob Wood,** Defendant's witness (live or by deposition).

20.     **Justin Hardee**. This witness is well known to Defendant and will offer testimony about the many new sinkholes in the area of and on the Spring Villa Road roadbed, in the Little Uchee Creek, and on roads and private properties in areas north, northeast, south, and west of the quarry.  He will identify over 150 sinkholes by location when he and Mr. Aley performed an "inventory" of sinkholes in January of 2006.  More sinkholes have formed since then, and sinkholes are continuing to form.  He and Mr. Schwieker intend to collect data on further sinkhole development through the discovery cutoff in this case and will timely advise Defendant of new sinkholes as they become known to the Plaintiffs.  Mr. Hardee will also testify regarding Oldcastle's repairs or attempts to repair Spring Villa Road per the Oldcastle-Lee County settlement agreement.

21.     **William Ingram**, Lee County Highway Department.  Will testify regarding the sinkholes that formed on and near Spring Villa Road and the repairs undertaken by Lee County Highway Department. He will testify as per his prior deposition testimony as well.

22.     **A representative of GeoTrans ,** Defendant's witness (to be determined after the deposition is taken) (live or by deposition). Testimony is expected regarding Defendant's and GeoTrans' activities since 2003. This is a witness controlled by Defendant, so Plaintiff does not now know what else the witness(es) might testify about.

23.     **Earl Parker**, 3677 Ala. Hwy 169, Opelika, AL 36804. Will testify regarding the dozens of piping holes that formed on his property and on the Lassiter and Furmanek properties located north-northeast of the quarry and his familiarity with the area for well over 50 years. He will testify that no sinkholes or piping holes had ever formed in this area before the quarry began discharging millions of gallons of water per day from the groundwater. He will also discuss the location of septic systems on the Lassiter, Furmanek and Parker properties.

24.     **Bobby or Shirlene Parker**. Will testify about the sinkholes that have formed on their property west of the quarry since the 2004 trial.

25.     **Todd Wheeler,** Defendants' witness (adversely or by deposition). Testimony is expected regarding Defendant's activities since the 2004 trial. This is a witness controlled by Defendant, so Plaintiff does not now know what else the witness(es) might testify about.

26.     **Dale Mapp** or his supervisor (ADEM). Will testify about the activities of Oldcastle since it acquired the quarry, as well as the DMRs and other regulatory issues and problems associated with the quarry. He will authenticate ADEM, Hanson, and Oldcastle records, if needed.

27.     **Frank Heisterkamp** (by deposition). Defendant's witness.

28.     **Dennis Carlisle**. Mr. Carlisle lives in the Spring Villa area and will testify that the road closure is extremely inconvenient for him and his family.

29.     **Jacob Pierce.** Mr. Pierce works for Goodwyn Mills & Cawood and has assisted Plaintiff in developing a Photo Map of the quarry and Spring Villa areas. The Photo Map includes lot lines taken from the Lee County Tax Appraiser's office, and

includes a Sinkhole Inventory from Mr. Aley conducted in January of 2006. The Photo Map and other exhibits will be attested to by other witnesses. Plaintiffs do not intend to call Mr. Pierce at the trial, but reserve the right to call him if Defendant objects to use or introduction of the evidence and his testimony would be required to explain or make the exhibits admissible.

30.   **Paul Sanders**, property owner between Tankersley and Brown Tool & Mold. He will testify about the sinkholes on his property, including a sinkhole that formed on his septic field lines. As a result of that sinkhole, his property cannot be developed per Health Department regulations.

31.   **Greg Eidson.** He will testify as to valuation of the Schwieker property as summarized in his Rule 26 disclosure and his supporting documentation and data attached thereto and produced on this date.

32.   A representative of Lee County Department of Public Health. Will testify regarding the impact of sinkholes within 300 feet of septic systems and about Mr. Sander's sinkhole and septic problem in particular.

33.   A representative of the Alabama Department of Public Health. Will testify about the state regulation prohibiting septic systems within 300' of sinkholes and the impacts of the quarry's operations (which cause the sinkholes in the area) on numerous property owners' properties and septic problems. Will also testify about the pollution of the groundwater in the area due to untreated water entering the aquifer through sinkholes, septic systems, and the Little Uchee Creek.

34.   The person or persons from Dixie Pipeline most knowledgeable about the repairs to the Dixie Pipeline sinkhole that formed in October of 2005. Previously taken depositions in the Lee County litigation may be used and/or the persons deposed will testify similarly to their prior deposition testimony.

35. The person or persons most knowledgeable about the repairs to the Smith-Smith-Dyson properties on Spring Villa Road, the proposed repairs to Spring Villa Road, and the repairs to the Brown property. These persons would be Oldcastle employee(s) or contractor(s).

36. All persons disclosed on Plaintiffs' Expert Witness Disclosures of today's date.

37. Employees, agents, or servants of those entities to whom Subpoenas for the Production of Documents were or will be issued by any party, in order to authenticate and/or testify concerning said entities' documents relative to this matter.

38. Any person identified on any other party's witness list.

39. Any persons, including expert witnesses (if needed) identified through continuing discovery, who may offer or provide relevant and admissible testimony or evidence based on additional discovery.

40. Any person or persons needed to authenticate the documents to be offered as exhibits in this case.

41. Current Manager or other representative of BWA who will testify regarding groundwater levels in the area near its wells.

42. Any witness necessary for rebuttal testimony.

Plaintiffs reserve the right to supplement this list as discovery is ongoing.

Respectfully submitted this the 4th day of March, 2008.

s/ C. E. Vercelli, Jr.
CHARLES E. VERCELLI, JR. (VER003)

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL:  (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX:  (334) 821-7101 | TEL:  (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX:  (334) 834-8807 |
| | cvercelli@vercelli-law.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

                                                                    s/C. E. Vercelli, Jr.

155-00\Schwieker Witness List 05-19-08.wpd