IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-838-MEF |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion for Reconsideration (Doc. # 51), the Court finds that the Plaintiffs did not show good cause as to why their Motion to Amend Complaint (Doc. # 46) should be granted. Accordingly, it is hereby ORDERED as follows:

(1) The Motion for Reconsideration is GRANTED.

(2) The Order (Doc. # 48) is VACATED.

Done this the 4th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE