### IN THE UNITED STATES DISTRICT COURT FOR
### THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **Civil Action No. 3:06-CV-838-MEF** |
| | * | |
| **OLD CASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| **Defendant.** | * | |

### PLAINTIFF SCHWIEKER'S EXHIBIT LIST
### for May 2008 TRIAL

The Plaintiffs reserve the right to use the following exhibits at the trial of this case in May of 2008:

1. Lee County Highway map;

2. Figure 1, large blow-up of Photo Map of the Quarry-Spring Villa areas, with lot lines overlaid, wells and sinkholes located (per Aley's January 6, 2006 sinkhole summary);

3. Figure 2, large blow-up of insert from the Photo Map noted above;

4. Figure 6, Aley's Figure showing cores of 8 wells drilled by Oldcastle;

5. Hicks' Figures showing Schematic of typical karst aquifer system and sinkhole formation;

6. Figure 3, Aley's January 6, 2006 Sinkhole Inventory;

7. Figure 4, showing cores of NAR-3, NAR-7, MW-2, and possibly other wells, all in relation to the Quarry and Spring Villa areas;

8. All exhibits to all of Aley's depositions;

9. All exhibits to all depositions taken by any party in this matter, from the inception to date and in CV-02-85;

10.    Figure 5, Profile through NAR-2 and OP-4 Wells.

11.    Figure 9, Portion of Parkers Crossroads Quadrangle, with additional information overlaid.

12.    1999 color aerial photographs of Spring Villa and Quarry areas (two photographs);

13.    Blown-up copy of aerial photograph of Quarry 2000;

14.    Blown-up copy of aerial photograph of Quarry 2001;

15.    Blown-up copy of aerial photograph of Quarry 2002;

16.    GSA Map 121, State Geological Map (and/or blown-up portions thereof for Lee County and the color coded legend);

17.    Topographic map for Parkers Crossroads. The Plaintiff may choose to use a blown-up color copy of the portion around the Quarry and Spring Villa;

18.    Numerous aerial and ground-based photographs and videotapes of sinkholes and/or piping features on the following properties: Rex Ledbetter, Shirlene Parker (pasture and on 166), Wilkes, Lee Road 166, Lee Road 147, Lassiter-Earl Parker-Furmanek properties, Knapp property/Lee Road 704, Tankersley, Donnie Smith, Shirley Dyson, Brown Tool & Mold, East Ala. Group Home, Saunders, Schwieker, Utilities Board, City of Opelika, Lee Road 148/Spring Villa Road, in and around the pumphouse at Spring Villa spring, AEC power line easement (including new photos of new sinkhole found on Saturday, 1/13/07 near the relocated power pole structure), the Dixie LP Gas ROW (the sinkhole that formed under the pipeline in October of 2005), Frantz photos. Many of these photos and videos have been previously produced. Those photos and videotapes previously have been made available for the defense attorneys to view, and are being produced on the VHS tapes and DVDs produced herewith.  **NOTE**: There are additional

photos dated in 2007 and 2008 that will be used and which are available for Defendant's inspection.

19. All exhibits to the deposition of Dixie representative Glenn Smith;

20. Aerial photographs of Spring Villa and Quarry in 2005;

21. David Tankersley letter from his homeowner's insurance carrier indicating no coverage for sinkholes;

22. Gallet & Associates invoices to Lee County;

23. Bill Harrelson letter to the Mayor of Opelika and to ADEM;

24. U.S. Geological Survey Circular 968 "Development of Sinkholes Developing from Man's Activities in the Eastern United States (or portions thereof) [in particular, the following figures or graphs will be used from that document: Figure 8, 13, 14, 15, 18, 20, 24];

25. ASTM "Standard Guide for Design of Ground-Water Monitoring Systems and Karst and Fractured-Rock Aquifers" (or portions thereof);

26. Geological Society of America 1984 article by J.G. Newton of the U.S. Geological Survey, "Sinkholes Resulting from Ground-Water Withdrawals In Carbonate Terranes–an Overview" (and/or blown-up portions thereof) [we may use blow-ups of Figures 1-6];

27. GSA Circular 68 "Sinkhole Problem In and Near Roberts Industrial Subdivision, Birmingham, Alabama" (or portions thereof);

28. 1973 blown-up copy of aerial photograph of quarry and Spring Villa areas (in Wood's possession);

29. 1980 blown-up copy of aerial photograph of quarry and Spring Villa areas (in Wood's possession);

30. 1997 blown-up copy of aerial photograph of quarry and Spring Villa areas (in Wood's possession);

31.  One to three charts summarizing all Opelika Materials, Hanson, and Oldcastle mining and mineral tax returns, together with copies of all such returns;

32.  Certified copy of all of the Tax remittances for Mining and Mineral Tax Returns for the Opelika Quarry;

33.  Pumping Discharge summary of all discharges reported to ADEM from November 1997 through date, with copies of all outfall 001 DMRs filed by the Quarry operators through the date of trial;

34.  ADEM Sand Springs Records of discharges/flow records;

35.  Diagram "Drainage and Mine Plan" filed in December 2005 with ADEM;

36.  Oldcastle's Pretrial Contentions;

37.  Patterson report, February 21, 2000 (or portions thereof);

38.  Patterson report, June 21, 1999 (or portions thereof);

39.  Skelly & Loy report (as redacted), June 21, 1999;

40.  Skelly & Loy report, June 29, 1999 (or portions thereof);

41.  Young property drill hole legend (large drawing by Continental produced by Defendant Hanson) [or a blown-up portion thereof];

42.  Copy of Plaintiffs' Pretrial Contentions for this trial;

43.  Copies of all exhibits to the Fowler depositions in CV-02-85;

44.  Fowler's and NAR's invoices;

45.  Cook's invoices;

46.  Andersen's and GeoTrans' invoices;

47.  Copies of all exhibits to the Faust deposition;

48.  Deposition notice for Faust;

49.  Copies of all exhibits to the Andersen deposition;

50.  Deposition notice for Andersen;

51.    Copies of all exhibits to Hinds deposition;

52.    Deposition notice for Hinds;

53.    Copies of all exhibits to the Cook depositions;

54.    Copies of all exhibits to the Woods depositions;

55.    Copies of all exhibits to the St. John deposition;

56.    Deposition notice for St. John;

57.    Copies of all exhibits to the Heisterkamp deposition;

58.    Copies of all exhibits to the Ted Reynolds deposition;

59.    Copies of all exhibits to the Schultz deposition;

60.    Copies of all exhibits to the Wheeler deposition;

61.    Foose article on Groundwater Behavior in the Hershey Valley, Pennsylvania;

62.    NAR drill logs for all NAR wells;

63.    Drill logs for all "MW" wells;

64.    Drill logs for all 8 wells drilled by Oldcastle and produced to Plaintiffs;

65.    Drill logs for the "OP-" wells;

66.    KREBS report and data, figures, and Appendices therein;

67.    Photos of Corings from drilling all NAR, OP, or MW wells;

68.    Whitman resume;

69.    Reports, drawings, figures and data produced by Frank Whitman;

70.    Reports, drawings, figures and data produced by Woody Hicks;

71.    Videotape and photographs showing Hicks' 1/12/07 stream gauging;

72.    Hicks' 1/12/07 stream gauging field notes, charts, and data based thereon, as well as his report of January 16, 2007 disclosed on that date to Defendants;

73.    All exhibits used by Aley, Hicks, and Getz during the 2004 trial, as updated to date;

74.    August 2, 2004 memo Cyr to Fowler (North American Reserve letterhead);

75.   Rodger Getz' current resume;

76.   Monthly precipitation summaries for 2003 through 2007 for the Auburn-Opelika Airport and the Opelika Water Plant (with supporting documentation);

77.   Palmer Drought Data bar graphs for Alabama, Division 5, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, and 2007 (if available);

78.   Palmer Drought Data bar graphs for Alabama, Division 5, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006 and 2007 (if available), with supporting data;

79.   Palmer Hydrological Drought Index, Alabama Division 5, 1895-2002 (updated through 2007), with supporting data;

80.   Four-part graph of precipitation in inches, Alabama Division 5, 1895-2007 (monthly averages) with supporting data;

81.   Table 1 of Getz' report, October 1998 through December 2001, precipitation at Opelika, Alabama (which will be updated to the most recent time possible), with supporting data;

82.   Table 2 of Getz' report, "Historical Droughts of East Central Alabama (Climate Division 5)", as well as Table 3 thereto (both of which will be updated to the most recent time possible), with supporting data;

83.   "Monthly Weather Summary for Opelika WTRP", January 2003 to April 15, 2003 (updated to most recent time possible), with supporting data;

84.   Table 1 from Getz' report, "Monthly Precipitation Summaries for 2003 and 2004 for the Auburn-Opelika Airport and the Opelika Water Plant" (updated to the most recent time possible), with supporting data;

85.  Various Lee County Highway Department photographs (as previously produced to the Defendants). (Specific photographs will be identified subsequently), but Plaintiffs reserve the right to use any and all photographs and/or blow-ups of photographs;

86.  The City of Opelika, Alabama official street map, January 2002;

87.  All reports or memoranda from Frank Whitman regarding this matter, as produced and marked in his deposition and as disclosed on January 16, 2007;

88.  Gallet & Associates memo, May 23, 2003 to Neal Hall from Frank Whitman (with attachment);

89.  Gallet & Associates memo, May 29, 2003 to Neal Hall from Frank Whitman;

90.  Gallet & Associates memo, June 5, 2003 to Neal Hall from Frank Whitman;

91.  Gallet & Associates memo, June 10, 2003 to Neal Hall from Frank Whitman;

92.  E.F. Thompson Technologies June 6, 2003 Proposal for Non-Invasive Geophysical Subsurface Search, Detection, and Mapping on Spring Villa Road;

93.  Gallet & Associates memo, June 23, 2003 copied to Neal Hall and sent to Fletcher Thompson;

94.  Gallet & Associates memo, July 9, 2003 copied to Neal Hall and sent to Fletcher Thompson;

95.  July 15, 2003 Gallet & Associates Proposal for GeoTechnical Exploration to Neal Hall;

96.  Gallet & Associates memo, July 17, 2003 to Neal Hall from Frank Whitman (with July 15, 2003 proposal);

97.  Gallet & Associates memo, August 12, 2003 to Neal Hall from Frank Whitman (with attachment);

98.  Gallet & Associates letter, October 29, 2003 to Neal Hall (with invoice

attached);

99.    Gallet & Associates letter, September 11, 2003 to Neal Hall including a GeoTechnical exploration of Spring Villa Road;

100.    Whitman letter of October 27, 2006 to Neal Hall;

101.    All field books used by Neal Hall and Justin Hardee regarding control points and other problems on Spring Villa Road, as well as all deposition exhibits and documents produced by LCHD and as produced and/or exchanged since Lee County settled with Oldcastle, to date;

102.    All documents produced at the deposition of Mr. Ingram, including those marked as exhibits;

103.    All documents produced at the deposition of Wilbur Harrelson, including those marked as exhibits;

104.    All documents produced at the deposition of Shirley Dyson, including those marked as exhibits;

105.    E.F. Thompson Technologies, Inc. Report of Non-Invasive Subsurface Survey County Roads 148 and 166, Lee County, Alabama, July 6, 2003;

106.    Summary of Lee County expenses totaling $248,469.75 with attached documentation;

107.    March 1, 2004 Lee County Highway Department estimated expenditures summary regarding leveling and resurfacing Lee Road 148 (.2 miles);

108.    Hayward Baker, Inc. letter of February 20, 2004 to the attention of Neal Hall;

109.    Compaction grout summary sheet;

110.    Gallet & Associates invoice September 23, 2003;

111.    Gallet & Associates invoice August 29, 2003;

112.    Gallet & Associates invoice July 25, 2003;

113.    East Alabama Paving Company invoice March 24, 2003;

114.    Current scale drawing of sinkholes on and along Spring Villa Road as previously produced (the drawing will be updated through the time of trial if appropriate);

115.    Letter from Tom Aley to Neal Hall dated July 9, 2004;

116.    Letter from Tom Aley to Neal Hall dated May 2, 2005;

117.    Resume of Thomas Aley (current version);

118.    Resume of David W. Hicks (current version);

119.    Lee Road 148 sinkhole summary to the time of trial (similar to Defendants' Deposition Exhibit 461);

120.    Quarry time line as updated through the trial (very similar to Defendants' Deposition Exhibit 462);

121.    Lee County Highway Department faxed transmittal regarding public notice (Defendants' Deposition Exhibit 463) and public notice;

122.    Defendants' Deposition Exhibit 465, documents responsive to subpoena dated August 5, 2005;

123.    Hayward Baker letter of November 14, 2003 to the attention of Neal Hall;

124.    March 1, 2004 Neal Hall letter to Stan Martin regarding expenses (Defendants' Deposition Exhibit 468, with attachments);

125.    Bob Wood Parkers Crossroads Quadrangle Map showing well inventory locations;

126.    Krebs letter dated May 22, 2000 to Dan Hilyer;

127.    Krebs report (Defendants Deposition Exhibit 5) and attachments thereto;

128.    USGS Water-Resources Investigations Report 87-4145 "Hydrogeology, Chemical Quality, and Availability of Ground Water in the Upper Floridan Aquifer, Albany Area, Georgia" (or portions thereof);

129.    Aley's flow rate measurements of Spring Villa (which may be updated to the

present);

130.    Aley's water measurements (which may be updated to the present);

131.    Aley's monthly precipitation by calendar year (inches) (which may be updated to the present);

132.    Aley's predicted water yield (inches) (which may be updated to the present);

133.    Aley's comparison of dry periods during the last 20 years chart (which may be updated to the present);

134.    Aley's monthly ground water recharge (inches) (which may be updated to the present);

135.    Aley's years with less than average ground water recharge (red) (which may be updated to the present);

136.    Aley's highlighted months (red) with no predicted ground water recharge (which may be updated to the present);

137.    Aley's highlighted months (yellow) with predicted ground water recharge less than half the long-term average (which may be updated to the present);

138.    Aley's highlighted months (red) with no predicted ground water recharge or with less than half the long-term average (yellow) (which may be updated to the present);

139.    Aley's "The Estimated Size of the Recharge Area for the Spring at Spring Villa under Natural Conditions is 7.38 Square Miles";

140.    Aley's fluorescence magnitude and wave length graphs for fluorescence (all of which have been previously produced);

141.    Aley's percent of dye lost when 250 grams of dyed water solution was allowed to remain in contact with 125 grams of crushed chewacla marble for various time periods chart;

142.    Aley's mean ground water gradients between the Spring Villa area and the

quarry compared with gradients and other major fractured rock aquifer that feeds large springs;

143. Aley's distances from Spring Villa Spring to surface points with elevations equal to those in the Opelika quarry;

144. Aley's ground water travel rates between the Spring Villa area and the quarry compared with rates in other fractured rock aquifers;

145. Aley's sources of water for the quarry under 2004 conditions;

146. Aley's map of creeks and drainage basins (previously produced and marked at the first trial as Aley Exhibit 33);

147. ASTM D5717 chart on hydraulic conductivity and scale of measurement, length of measurement;

148. Aley's charcoal results graph (marked at the first trial as Plaintiff's Exhibit 35);

149. Aley's charcoal results (marked at the first trial as Plaintiff's Exhibit 36);

150. Ozark's Underground Laboratories' "Ground Water Tracing Handbook" (most recent version);

151. Drexel Institute of Technology Laboratory of Climatology Vol. X, No. 3, Publications in Climatology (instructions and tables for computing potential evapo transpiration and the water balance) (1957) (or portions thereof);

152. April 15, 2003 Cook Report "Geology of the Hanson Aggregates, Inc. Quarry and Vicinity, Opelika, Lee County, Alabama";

153. Aggregate Reserve Analysis and Environmental Risk Assessments by North American Reserve, June 30, 2003;

154. Description of Service by North American Reserve;

155. Aqua Fusion Report of June 14, 2001 prepared for Hanson, with vocational map;

156.  Aqua Fusion memo of May 3, 2001 to Nigel Wills of Hanson;

157.  Opelika quarry Young property notes, 9/9/03 (Oldcastle production no. 1804);

158.  Hanson Pit Pumping Monitoring Worksheets (Oldcastle document production nos. 1685 through 1724);

159.  Expenditure reports, costs to personnel, equipment and materials, August 10, 2005 with all supporting documentation (produced by Neal Hall);

160.  All photographs and exhibits to the depositions of the two AEC representatives, Twitty and Avery;

161.  Cook's geology of part of the north-half of the Parkers Crossroads 7 ½' sign "Topographic Quadrangle" (Plaintiffs' Deposition Exhibit 58);

162.  Cook's diagram "Looking Northeast" (Plaintiffs Deposition Exhibit 306);

163.  Photographs of Furmanek, Lassiter, and Earl Parker piping holes;

164.  Drill Log Map produced by Hanson (marked as Plaintiffs' Exhibit 29A at the prior trial);

165.  Dr. Ewers' letter regarding sampling site locations map;

166.  Mr. Aley's field books;

167.  Mr. Aley's timeline;

168.  Charcoal packs;

169.  Copies of all of the drill logs produced by Hanson and/or Oldcastle;

170.  Hicks' graph of water elevation levels;

171.  Hicks' notes and memos on meeting with Hanson regarding the Spring going dry & the KREBS study;

172.  Furmanek chart showing information on piping holes on his and nearby properties;

173.  John Cable's photographs of road repairs on Lee Road 148;

174. GSA Bulletin 94, Part G "Hydrology of Limestone Terrains" (or portions thereof);

175. Gallet & Associates letter of September 15, 2005 to Neal Hall;

176. Revised expenditures information from Neal Hall (produced with Plaintiff Lee County's 4th supplemental witness list and 3rd supplemental response to discovery and 4th supplemental response to discovery at paragraph 8-9 documents, including all documents produced therewith), and all documents produced with Lee County's 5th Supplemental Response to discovery;

177. Chart of water level elevations in the Opelika quarry and Spring Villa area between about March 15, 2004 and about June 30, 2005 (produced with Plaintiff Lee County's 5th supplemental witness list and 4th supplemental response to discovery at paragraph 10 documents, including all documents produced therewith);

178. Todd Wheeler's letter of December 20, 2004 to ADEM;

179. Todd Wheeler's letter of December 17, 2004 to ADEM;

180. E.F. Thompson invoices to Lee County;

181. E.F. Thompson's ground penetrating radar report;

182. Fletcher Thompson resume;

183. Graph of pumping discharge per ADEM DMRs outfall 001 from 1997 to date;

184. Article on sinkhole repair sent to Neal Hall by Hayward Baker;

185. Hayward Baker brochure;

186. GeoTrans documents produced pursuant to subpoena, relating to field books and stream flow gauging and groundwater elevations;

187. A piece of grout;

188. A piece of limestone;

189. Photographs of Spring Villa spring and Spring Villa Road as previously

produced to Defendant;

190.    Tom Hill's e-mails to Frank Heisterkamp;

191.    Any exhibit to the deposition of Dr. Lane Schultz (CV-02-85);

192.    Any exhibit to the deposition of Woody Harmon (CV-02-85);

193.    Any and all documents produced by Dr. Lane Schultz (CV-02-85);

194.    All expert reports from Thomas Aley, or documents referenced therein;

195.    All expert reports from David W. Hicks, or documents referenced therein;

196.    Expert reports from Rodger Getz, or documents referenced therein;

197.    Any exhibit to the deposition of Todd Wheeler;

198.    Any and all documents produced by the Plaintiff to the Defendants;

199.    Any and all exhibits to any depositions (whether in federal or state case);

200.    Any exhibits needed for rebuttal or impeachment purposes;

201.    Any and all expert reports of any party;

202.    Applications and water permits for Hanson and Oldcastle;

203.    Expenditure Report for Lee Road 151 with supporting documentation;

204.    "Building on Sinkholes" by George F. Sowers (or portions thereof);

205.    All exhibits to depositions of Ken Schwieker;

206.    Updated handwritten drawings of the sinkholes on the Schwieker property,
        showing north on top of each page (similar to those drawings marked in his
        deposition);

207.    Groundwater Primer, by Mercer & Others;

208.    Groundwater Modeling, by Faust and Mercer;

209.    Field notes and water levels found by Hicks and produced by Hicks to
        Defendants, all related to the original KREBS study;

210.    Elevation/flow sonic meter records produced by GeoTrans;

211.    St. John's drill records, field notes, and all reports relating thereto;

212.    Faust's field books and notes;

213.    GeoTrans' field books and notes (Andersen and/or Hinds);

214.    AquaFusion map locating the wells they drilled;

215.    Lee Road 148 Map with Sinkholes as of 2007;

216.    State of Alabama Highway Department documents;

217.    Updated Quarry Timeline as of 2007;

218.    Lee Road 148 Sinkhole Summary July 2004 through 2007;

219.    Documents regarding the Agreement with the State of Alabama Highway
         Department;

220.    Graph by Judge English regarding discharge and timeline;

221.    Letter Report of Greg Eidson;

222.    Resume of Greg Eidson (real estate appraiser);

223.    Estimates produced by David Tankersley in 2007 for repairs;

224.    Correspondence, rules, and regulations of Lee County Health Department
         or Alabama Health Department relating to sinkholes and septic systems.

225.    Plaintiff reserves the right to have blow-ups of any exhibits;

226.    Oldcastle's Offer of Judgment in the Lee County vs. Oldcastle litigation.

All exhibits are, and have been, available for inspection and viewing by all parties
and their attorneys upon request.

Plaintiff reserves the right to supplement this list as discovery is ongoing and, as of
the date this is filed, Oldcastle has not responded to Plaintiffs' First Interrogatories and
Requests for Production of Documents.

Respectfully submitted this the 9th day of April, 2008.

s/ C E Vercelli, Jr.
**Charles E. Vercelli, Jr.**
One of the Attorneys for Plaintiff Lee County

**OF COUNSEL:**

| | |
|---|---|
| Charles E. Vercelli, Jr. | James B. Sprayberry |
| VERCELLI & ASSOCIATES, P.C. | Law Offices of James B. Sprayberry |
| 1019 S. Perry Street | P.O. Drawer 2429 |
| Montgomery, AL 36104-5049 | Auburn, AL 36831-2429 |
| (334) 834-8805 | (334) 821-7100 |
| cvercelli@vercelli-law.com | jsprayberry-spraylaw@charter.net |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

s/C. E. Vercelli, Jr.

155-00\Schwieker Exhibit List May 2008 Trial.3.wpd