IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** | \* |
| **Plaintiff,** | \* |
| vs. | \* Case No. 3:06-CV-838-MEF |
| **OLD CASTLE MATERIALS SOUTHEAST, INC.,** | \* |
| **Defendant.** | \* |

### PLAINTIFF SCHWIEKER'S WITNESS LIST
### for MAY 19, 2008 TRIAL

Plaintiff Schwieker reserves the right to call the following persons as witnesses at the trial of this case in May of 2008:

**I.    WITNESSES WHO WILL BE CALLED TO TESTIFY:**

1. Neal Hall. Mr. Hall is the Lee County Engineer. Defendant knows Mr. Hall well.

2. Tom Aley. This expert is well known to the Defendant.

3. Woody Hicks. This expert is well known to the Defendant.

4. Rodger Getz. This expert is well known to the Defendant.

5. Dan Hilyer. This witness is well known to Defendant.

6. Bill Harrelson. This witness is well known to Defendant.

7. Alan Lee (if sampling chain of custody is disputed). This witness is well known to Defendant.

8. Ken and Naomi Schwieker. Plaintiffs.

9. Shirley Smith-Dyson. This witness is well known to the Defendant.

10. Mary Knapp. This witness is well known to the Defendant.

11. David Tankersley. This witness is well known to Defendant.

12. John Twitty, Alabama Electric Co-Operative (Andalusia) Transmission Engineering Supervisor (or other corporate representative).

    13.    Larry Avery, Alabama Electric Co-Operative.

    14.    Glen Smith, Dixie Pipeline.

    15.    Judge Bill English.

    16.    Darren Brown.

    17.    Brian Fowler, Defendant's witness (live or by deposition).

    18.    Dr. Faust, Defendant's witness (by deposition).

    19.    Dr. Cook, Defendant's witness (live or by deposition);

    20.    Justin Hardee.  This witness is well known to Defendant.

    21.    Fatima Hinds.  By deposition.

    22.    Pete Andersen.  Live or by deposition.

    23.    Earl Parker, 3677 Ala. Hwy 169, Opelika, AL 36804.

    24.    Shirlene Parker.  This witness is well known to the Defendant.

    25.    Frank Heisterkamp (by deposition).  Defendant's witness.

    26.    Paul Sanders.  This witness is well known to the Defendant.

    27.    Greg Eidson.

    28.    Press Allinder.  A representative of the Alabama Department of Public Health.

    29.    Employees, agents, or servants of those entities to whom Subpoenas for the Production of Documents were or will be issued by any party, in order to authenticate and/or testify concerning said entities' documents relative to this matter.

**II.**    <u>**WITNESSES WHO MAY BE CALLED IF THE NEED ARISES**</u>**:**

    1.    Donnie Smith.

    2.    Ronnie Smith.

    3.    Frank Whitman.

    4.    Darren Brown's father.

    5.    Bob Wood.

6. William Ingram.

7. Todd Wheeler.

8. Dale Mapp (or other ADEM witness to authenticate DMR and other ADEM records).

9. Dennis Carlisle.

10. Jacob Pierce.

11. Dr. Ralph Ewers (by deposition).

12. Steve Hackell, Lee County Department of Public Health.

13. Any persons, including expert witnesses (if needed) identified through continuing discovery, who may offer or provide relevant and admissible testimony or evidence based on additional discovery.

14. Any person or persons needed to authenticate the documents to be offered as exhibits in this case.

15. Manager of Beauregard Water Authority.

16. Mark Pyle, Defendant's witness (by deposition).

17. Any other witness necessary for rebuttal testimony.

Plaintiffs reserve the right to supplement this list as discovery is ongoing.

Respectfully submitted this the 9th day of April, 2008.

                                            s/ C. E. Vercelli, Jr.
                                            **CHARLES E. VERCELLI, JR.** (VER003)

**OF COUNSEL:**

| | |
|---|---|
| LAW OFFICES OF JAMES B. SPRAYBERRY | Charles E. Vercelli, Jr. |
| P.O. Drawer 2429 | VERCELLI & ASSOCIATES, P.C. |
| Auburn, AL 36831-2429 | 1019 S. Perry Street |
| TEL:  (334) 821-7100 | Montgomery, AL 36104-5049 |
| FAX:  (334) 821-7101 | TEL:  (334) 834-8805 |
| jsprayberry-spraylaw@charter.net | FAX:  (334) 834-8807 |
| | cvercelli@vercelli-law.com |

### CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

                                                **s/C. E. Vercelli, Jr.**

155-00\Schwieker Witness List 05-19-08.3.wpd