IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| KEN and NAOMI SCHWIEKER, | * | |
|---|---|---|
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No. 3:06-CV-838-MEF |
| | * | |
| OLD CASTLE MATERIALS SOUTHEAST, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |

## DEPOSITIONS TO BE USED BY PLAINTIFF

_____Plaintiffs reserve the right to read the following portions of depositions previously taken in this or the Lee County Litigation:

1.  Dr. Charles Faust. Plaintiffs may read Dr. Faust's entire deposition no. 1. They reserve the right to use the following pages:

Deposition No. 1:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 9 | 17 | -- | 22 | 18 (Ex 162 Report) |
| 12 | 55 | -- | 22 | 57 |
| 6 | 61 | -- | 6 | 62 |
| 18 | 83 | -- | 20 | 85 |
| 4 | 94 | -- | 9 | 96 |
| 2-22 | 119 | | | |
| 3 | 148 | -- | 20 | 149 |
| 17 | 150 | -- | 4 | 154 |
| 16 | 176 | -- | 9 | 181 |
| 4 | 182 | -- | 20 | 183 |
| 3 | 196 | -- | 15 | 203 |
| 2-16 | 207 | | | |
| 2 | 212 | -- | 11 | 216 |
| 2 | 227 | -- | 7 | 233 |
| 23 | 261 | -- | 19 | 262 |
| 1 | 276 | -- | 19 | 277 |
| 8 | 315 | -- | 16 | 315 |

Depo 2–Faust:

| Line | Page | Through | Line | Page |
|------|------|---------|------|------|
| 8    | 327  | --      | 16   | 328  |
| 15   | 362  | --      | 19   | 363  |
| 2    | 379  | --      | 12   | 385  |
| 5    | 402  | --      | 10   | 406  |
| 18   | 408  | --      | 4    | 410  |
| 10   | 422  | --      | 13   | 427  |
| 2    | 442  | --      | 21   | 456  |
| 12   | 461  | --      | 15   | 462  |
| 1-15 | 467  |         |      |      |

2. Pete Andersen (GeoTrans).

Deposition No. 1:

| Line | Page | Through | Line | Page |
|------|------|---------|------|------|
| 3    | 7    | --      | 22   | 12   |
| 20   | 15   | --      | 10   | 21   |
| 3    | 22   | --      | 22   | 22   |
| 13   | 23   | --      | 14   | 24   |
| 1    | 26   | --      | 23   | 26   |
| 3    | 31   | --      | 7    | 32   |
| 23   | 35   | --      | 10   | 36   |
| 19   | 39   | --      | 1    | 42   |
| 20   | 44   | --      | 17   | 46   |
| 4    | 48   | --      | 22   | 48   |
| 16   | 55   | --      | 3    | 57   |
| 22   | 62   | --      | 16   | 64   |
| 1    | 75   | --      | 10   | 77   |
| 10   | 89   | --      | 21   | 89   |
| 4    | 97   | --      | 1    | 98   |
| 9    | 99   | --      | 6    | 100  |
| 16   | 104  | --      | 6    | 110  |

| | | | | |
|---|---|---|---|---|
| 17 | 112 | -- | 20 | 113 |
| 12 | 114 | -- | 1 | 118 |
| 1 | 119 | -- | 10 | 127 |
| 22 | 131 | -- | 9 | 134 |
| 4 | 150 | -- | 22 | 152 |
| 23 | 155 | -- | 22 | 156 |
| 4 | 164 | -- | 13 | 164 |

3. Fatima Hinds (GeoTrans) Entire deposition.

4. Brian Fowler (Depos 1-5). The Plaintiffs reserve the right to use the entire depositions of Brian Fowler. Listed are specific pages that may be read or used.

Deposition No. 1:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 15 | 8 | -- | 9 | 9 |
| 4 | 19 | -- | 20 | 20 |
| 23 | 21 | -- | 11 | 23 |
| 8-23 | 26 | -- | | |
| 3-22 | 34 | -- | | |
| 7 | 63 | -- | 1 | 65 |
| 14 | 67 | -- | 8 | 68 |
| 6 | 93 | -- | 23 | 99 |
| 20 | 113 | -- | 1 | 117 |
| 2 | 120 | -- | 21 | 127 |
| 17 | 130 | -- | 14 | 132 |
| 5 | 148 | -- | 40 | 154 |
| 21 | 162 | -- | 21 | 169 |
| 13 | 193 | -- | 23 | 195 |
| 6 | 200 | -- | 23 | 209 |
| 8-19 | 213 | -- | | |

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 18 | 217 | -- | 16 | 219 |
| 17 | 222 | -- | 11 | 229 |
| 12 | 231 | -- | 10 | 233 |
| 23 | 243 | -- | 18 | 244 |
| 5 | 256 | -- | 23 | 259 |

Deposition No. 2:

| Line | Page | Through | Lin e | Page |
|---|---|---|---|---|
| 22 | 283 | -- | 18 | 286 |
| 10 | 288 | -- | 5 | 292 |
| 12 | 294 | -- | 7 | 295 |
| 21 | 295 | -- | 18 | 297 |
| 3 | 310 | -- | 19 | 316 |
| 15 | 333 | -- | 20 | 334 |
| 5 | 335 | -- | 15 | 337 |
|  | 339 | -- |  | 343 |
| 6 | 345 | -- | 4 | 346 |
| 22 | 348 | -- | 9 | 351 |
|  | 283 | -- |  | 286 |
|  | 288 | -- |  | 290 |
|  | 295 | -- |  | 297 |
|  | 312 | -- |  |  |

Deposition No. 3:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 8 | 363 | -- | 23 | 365 |
| 8 | 368 | -- | 23 | 369 |
| 13 | 374 | -- | 21 | 377 |
| 1 | 379 | -- | 20 | 282 |

| | | | | |
|---|---|---|---|---|
| 19 | 396 | -- | 21 | 400 |
| 12 | 404 | -- | 13 | 407 |
| 22 | 408 | -- | 8 | 412 |
| 1 | 414 | -- | 1 | 418 |
| 22 | 428 | -- | 22 | 430 |
| 16 | 436 | -- | 10 | 438 |
| 10 | 457 | -- | 20 | 458 |
| 15 | 477 | -- | 6 | 481 |
| 6 | 483 | -- | 13 | 484 |
| 19 | 486 | -- | 8 | 488 |

Deposition No. 4:

| Line | Page | Through | Lin e | Page |
|---|---|---|---|---|
| 4 | 505 | -- | 16 | 507 |
| 2 | 511 | -- | 20 | 514 |
| 1 | 516 | -- | 22 | 519 |
| 5 | 521 | -- | 21 | 524 |
| 3 | 527 | -- | 4 | 532 |
| 9 | 534 | -- | 14 | 536 |
| 16 | 540 | -- | 9 | 543 |
| 9 | 554 | -- | 19 | 562 |
| 10 | 564 | -- | 3 | 567 |
| 3 | 571 | -- | 2 | 575 |

Deposition No. 5:

| Line | Page | Through | Lin e | Page |
|---|---|---|---|---|
| 7 | 597 | -- | 12 | 598 |
| 6 | 646 | -- | 20 | 647 |
| 3 | 687 | -- | 14 | 689 |

| | | | | |
|---|---|---|---|---|
| 1 | 703 | -- | 9 | 710 |
| 2 | 713 | -- | 23 | 714 |
| 13 | 716 | -- | 1 | 718 |
| 4 | 719 | -- | 22 | 722 |
| 1 | 737 | -- | 18 | 749 |
| 9 | 878 | -- | 18 | 883 |
| 6 | 887 | -- | 1 | 892 |

5.     Lane Schultz deposition. In its entirety.

6.     David Barker (Oldcastle employee).

    Deposition No. 1:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 22 | 18 | -- | 22 | 21 |
| 3 | 24 | -- | 1 | 26 |
| 5 | 27 | -- | 23 | 33 |
| 11 | 51 | -- | 16 | 54 |
| 4 | 62 | -- | 22 | 65 |
| 13 | 68 | -- | 11 | 73 |
| 8 | 77 | -- | 14 | 81 |
| 12 | 82 | -- | 23 | 84 |
| 16 | 96 | -- | 1 | 97 |
| 6 | 99 | -- | 20 | 104 |
| 11 | 109 | -- | 17 | 111 |
| 17 | 159 | -- | 13 | 161 |

7.     Bob Woods–entire 2004 trial cross-examination and recross-examination. In addition, the following deposition pages:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 22 | 6 | -- | 3 | 7 |
| 18 | 11 | -- | 12 | 13 |
| 11 | 16 | -- | 2 | 17 |
| 7-10 | 18 | | | |
| 13-19 | 28 | | | |
| 10-21 | 33 | | | |
| 20 | 65 | -- | 19 | 71 |
| 3 | 77 | -- | 19 | 79 |
| 16-18 | 118 | | | |
| 3 | 131 | -- | 7 | 132 |
| 13 | 158 | -- | 18 | 164 |
| 15 | 186 | -- | 15 | 189 |
| 3-10 | 223 | | | |

8. Dr. Ralph Ewers – all pages of his depositions read during Plaintiffs' case in chief in the 2004 trial. Without limiting this, deposition pages:

| Line | Page | Through | Line | Page |
|---|---|---|---|---|
| 1 | 7 | -- | 9 | 11 |
| 3-7 | 57 | | | |
| 4 | 103 | -- | 14 | 106 |
| 4 | 116 | -- | 23 | 117 |
| 1 | 120 | -- | 2 | 127 |
| 20 | 132 | -- | 19 | 136 |
| 19 | 148 | -- | 17 | 154 |
| 13 | 158 | -- | 22 | 175 |
| 1 | 189 | -- | 22 | 198 |
| 21 | 210 | -- | 1 | 213 |
| 8 | 232 | -- | 9 | 233 |
| 23 | 234 | -- | 13 | 237 |

| 6 | 246 | -- | 20 | 248 |

9. Avery Deposition. In its entirety if he does not attend trial.

10. Twitty Deposition. In its entirety if he does not attend trial.

11. Glenn Smith deposition. In its entirety if he does not attend trial.

12. Frank Heisterkamp deposition pages:

| **Line** | **Page** | **Through** | **Line** | **Page** |
|---|---|---|---|---|
| 1 | 7 | -- | 10 | 12 |
| 12 | 13 | -- | 4 | 15 |
| 13 | 20 | -- | 1 | 27 |
| 6-21 | 29 | | | |
| 11 | 32 | -- | 11 | 35 |
| 23 | 36 | -- | 5 | 37 |
| 15 | 37 | -- | 13 | 38 |
| 10 | 39 | -- | 8 | 41 |
| 13 | 66 | -- | 18 | 67 |
| 14 | 69 | -- | 22 | 70 |
| 15 | 79 | -- | 15 | 81 |
| 2 | 86 | -- | 8 | 87 |
| 12 | 89 | -- | 1 | 90 |
| 15 | 103 | -- | 16 | 104 |
| 1 | 164 | -- | 9 | 166 |

13. Mark Pyle (Geo-Trans employee). In its entirety.

14. Any depositions from Lee County case CV-02-85 necessary to impeach or cross-examine Oldcastle witnesses.

15. Any depositions taken in this matter.

16. Plaintiff reserves the right to supplement this list as Defendant has not answered Plaintiffs' discovery requests and a motion to compel will be filed tomorrow or the next day.

Respectfully submitted this the 9th day of April, 2008.

        s/ C E Vercelli, Jr.
        **Charles E. Vercelli, Jr.**
        One of the Attorneys for Plaintiff Lee County

**OF COUNSEL:**

| | |
|---|---|
| Charles E. Vercelli, Jr. | James B. Sprayberry |
| VERCELLI & ASSOCIATES, P.C. | Law Offices of James B. Sprayberry |
| 1019 S. Perry Street | P.O. Drawer 2429 |
| Montgomery, AL 36104-5049 | Auburn, AL 36831-2429 |
| (334) 834-8805 | (334) 821-7100 |
| cvercelli@vercelli-law.com | jsprayberry-spraylaw@charter.net |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Phillip E. Adams, Jr.
Rick Davidson
Matthew W. White
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069

        **s/C. E. Vercelli, Jr.**

155-00\Schwieker List of Depos for May 2008 Trial.9.wpd