IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-838-MEF |
| | ) |
| OLD CASTLE MATERIALS SOUTHEAST, INC., | ) ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon of review of *Plaintiffs' Motion to Compel Responses to Discovery and Motion for Sanctions* (Doc. 70, filed April 11, 2008), it is **ORDERED** that Defendant show cause why this motion should not be granted **on or before April 15, 2008**.

DONE this 11th day of April, 2008.

                                                      /s/ Terry F. Moorer
                                                    TERRY F. MOORER
                                                    UNITED STATES MAGISTRATE JUDGE