IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| vs.  ) | CASE NO.  3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES  ) | |
| SOUTHEAST, INC., et al.,  ) | |
| ) | |
| Defendants.  ) | |

## NOTICE OF APPEARANCE

COMES now Blake L. Oliver, and files herein his notice of appearance as one of the attorneys for Oldcastle Materials Southeast, Inc.

        ADAMS, UMBACH, DAVIDSON & WHITE, LLP


        BY:  s/ BLAKE L. OLIVER
        BLAKE L. OLIVER (OLI020)
        Attorney for Defendant
        P. O. Box 2069
        Opelika, AL 36803-2069
        Tel. (334) 745-6466

CERTIFICATE OF SERVICE

    This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 11th day of April, 2008:

JAMES B. SPRAYBERRY, ESQ.
POST OFFICE DRAWER 2429
AUBURN, ALABAMA  36831-2429

CHIP VERCELLI, ESQ.
VERCELLI & ASSOCIATES, P.C.
1019 S. PERRY STREET
MONTGOMERY, ALABAMA  36104-5049

                                                                                                 s/ BLAKE L. OLIVER
                                                                                                 OF COUNSEL