IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS** | * | |
| **SOUTHEAST, INC.,** | * | |
| | * | |
| Defendant. | * | |

### DEFENDANT OLDCASTLE'S OBJECTIONS TO PORTIONS OF PROPOSED "ORDER ON PRETRIAL HEARING"

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., by and through counsel, and hereby objects to portions of the parties' proposed "Order on Pretrial Hearing" as follows:

1. Under paragraph 4(a) the Plaintiffs attempt to adopt and incorporate factual contentions set forth in its Complaint and Amended Complaint. First, the Plaintiffs' Amended Complaint has been stricken. Second, factual contentions not set forth in the contentions of the parties should not be allowed.

2. In the second full paragraph of page 3, the Plaintiffs again reference the "First Amended and Restated Complaint." As stated above, the Court has stricken the Plaintiffs' First Amended and Restated Complaint.

3. In the third and fifth paragraphs of page 3, Plaintiffs reference

"public and/or private nuisance." Plaintiffs do not have a claim for public nuisance as the Court has stricken their First Amended and Restated Complaint which attempted to add such a count.

4. In the fifth full paragraph of page 3, the Plaintiff request "interest and attorney's fees." Neither interest nor attorney's fees are recoverable under any of the counts set forth in Plaintiffs' Complaint.

5. Finally, under paragraph 5, Defendant objects to all stipulations listed by Plaintiffs' attorney. By e-mail dated April 9, 2008, counsel for Defendant informed counsel for Plaintiff that Defendant could not agree to the stipulations listed, as they are an incomplete recitation of the history of the case. In the same e-mail, counsel for Defendant asked counsel for Plaintiff to remove references to Plaintiffs' Amended Complaint. (See Exhibit A).

    /s/ Matthew W. White
MATTHEW W. WHITE (ASB-6809-W83M)

OF COUNSEL:

ADAMS, UMBACH,
  DAVIDSON & WHITE, LLP
P. O. BOX 2069
OPELIKA, ALABAMA  36803-2069
334-745-6466

## CERTIFICATE OF SERVICE

I do hereby certify that I have this day served a true and correct copy of the above and foregoing upon:

James B. Sprayberry, Esq.
LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429

Charles E. Vercelli, Jr., Esq.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049

Done this the 11th day of April, 2008.

/s/ Matthew W. White
OF COUNSEL

## Matthew White

| | |
|---|---|
| From: | Matthew White |
| Sent: | Wednesday, April 09, 2008 4:29 PM |
| To: | 'Mary Ellen Anile' |
| Cc: | Christine Dean; Phillip Adams |
| Subject: | RE: Schwieker v. Oldcastle |
| Attachments: | Pre-Trial Contentions Revised.pdf |

Chip,

Here are our pretrial contentions. We cannot agree to the stipulations listed in your prior version, as they are an incomplete recitation of the history of the case. Also, please remove the reference to your amended complaint in the pleadings section. Thanks.

MW.

---

**From:** Mary Ellen Anile [mailto:maryellen@vercelli-law.com]
**Sent:** Monday, April 07, 2008 12:29 PM
**To:** Matthew White; Phillip Adams
**Cc:** jsprayberry-spraylaw@charter.net
**Subject:** Schwieker v. Oldcastle

Gentlemen:

Chip asked me to e-mail you the attached proposed pre-trial order for your review. We put in your contentions from the last pre-trial order. This is due Thursday so if you could review it and let us know of any changes/revisions, we would appreciate it. Chip is out of the office today and most of tomorrow but will be in on Wednesday.

Thank you.

*Mary Ellen Anile*
Legal Secretary to Charles E. Vercelli, Jr.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:    334-834-8805
FAX:    334-834-8807

4/11/2008