IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-838-MEF |
| ) | |
| OLD CASTLE MATERIALS ) | |
| SOUTHEAST, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are *Plaintiffs' Motion to Compel Responses to Discovery and Motion for Sanctions* (Doc. 70, filed April 11, 2008) and *Defendant's Response to Plaintiffs' Motion to Compel* (Doc. 74, filed April 15, 2008). Pursuant to the response and confirmation by Plaintiffs' counsel, it is **ORDERED** that the motion is **DENIED as moot**.

DONE this 21st day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE