IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**OLDCASTLE MATERIALS SOUTHEAST,** )<br>**INC.,** )<br>)<br>**Defendant.** ) | Case No.: 3:06-CV-838 |

## PLAINTIFFS' MOTION TO STRIKE
## DEFENDANT'S CLAIM FOR A SET-OFF

The Plaintiffs would show this Court that:

1. The Defendant filed an Answer in this case on or about September 18, 2006.

2. The Defendant listed Affirmative Defenses in paragraphs 36 through 42.

3. A "set-off" claim is an affirmative defense. Fed.R.Civ.P.8(c).

4. Every defense **must** be asserted in the Answer (responsive pleading). Fed.R.Civ.P.12(b).

5. "Set-off" in Alabama is entirely statutory. *Scroggins v. Ala. Gas Corp.*, 158 So.2d 90 (Ala. 1963). This is an affirmative defense that the Defendant must plead with specificity at the first opportunity. *Morris v. Laster*, 794 So.2d 1094 (Ala. 2001).

6. A pro tanto settlement normally reduces the amount owed by the remaining defendant because there can only be one satisfaction of a claim. *See Williams v. Colquett*, 133 So.2d 368 (Ala. 1961).

7. However, the earlier verdicts from September 2004 were for damages **prior to** September 2004. The current case claims damages **subsequent to** September 2004. Thus,

they are two separate time periods, two separate causes of action and two separate verdicts. The earlier verdict could never be the basis for a set-off.

**WHEREFORE**, due to the Defendant's failure to plead the affirmative defense in their Answer and due to different claims, the Plaintiffs move this Court for an Order striking the set-off claim by the Defendant.

Respectfully submitted this the 23rd day of April, 2008.

        s/ C. E. Vercelli, Jr.
        **CHARLES E. VERCELLI, JR.** (VER003)
        One of the Attorneys for Plaintiffs

**OF COUNSEL:**

LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429
TEL:  (334) 821-7100
FAX:  (334) 821-7101
jsprayberry-spraylaw@charter.net

Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL:  (334) 834-8805
FAX:  (334) 834-8807
cvercelli@vercelli-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

    Phillip E. Adams, Jr.
    Matthew W. White
    Christine B. Dean
    ADAMS, UMBACH, DAVIDSON & WHITE, LLP
    P. O. Box 2069
    Opelika, AL 36803-2069

        /s/  C. E. Vercelli, Jr.
        Of Counsel