IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 3:06-cv-838-MEF |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC. | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Upon consideration of Plaintiffs' Motion for Jury View (Doc. # 65), it is hereby

ORDERED that the motion is DENIED.

Done this the 23rd day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE