IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-838-MEF |
| ) | |
| OLD CASTLE MATERIALS ) | |
| SOUTHEAST, NC. ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of plaintiffs' Motion to Strike Defendant's Claim for a Set-Off (Doc. #78) filed on April 23, 2008, it is hereby

ORDERED that the defendants show cause in writing on or before May 6, 2008 as to why the motion should not be granted.

DONE this the 29th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE