IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| vs. * | Civil Action No. 3:06-CV-838-MEF |
| * | |
| **OLD CASTLE MATERIALS** * | |
| **SOUTHEAST, INC.,** * | |
| * | |
| **Defendant.** * | |

### PLAINTIFFS' OBJECTION TO DEFENDANT'S WITNESS LIST for May 2008 TRIAL

Plaintiffs object to the following witnesses listed by the Defendant on the Defendant's Witness List:

1. Bob Mink, GSA.

2. Dorothy Raymond, GSA.

3. Robert Tamblin, Assistant Attorney General.

Respectfully submitted this the 1st day of May, 2008.

                                          s/ C E Vercelli, Jr.
                                          **Charles E. Vercelli, Jr.**
                                          One of the Attorneys for Plaintiff Lee County

**OF COUNSEL:**

| | |
|---|---|
| Charles E. Vercelli, Jr. | James B. Sprayberry |
| VERCELLI & ASSOCIATES, P.C. | Law Offices of James B. Sprayberry |
| 1019 S. Perry Street | P.O. Drawer 2429 |
| Montgomery, AL 36104-5049 | Auburn, AL 36831-2429 |
| (334) 834-8805 | (334) 821-7100 |
| cvercelli@vercelli-law.com | jsprayberry-spraylaw@charter.net |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 1st day of May, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record:

    Phillip E. Adams, Jr.
    Rick Davidson
    Matthew W. White
    ADAMS, UMBACH, DAVIDSON & WHITE, LLP
    P. O. Box 2069
    Opelika, AL 36803-2069

                                                **s/C. E. Vercelli, Jr.**

155-00\Schwieker OBJECT Wit List May 2008 Trial.2.wpd