IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.   ) | Case No.: 3:06-CV-838 |
| ) | |
| OLDCASTLE MATERIALS SOUTHEAST, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court's Scheduling Order, the Plaintiff submits the following proposed Voir Dire Questions to the Court:

1. Are any of you aware of the sinkhole problems on Lee Road 148, also known as Spring Villa Road? If so, how? (personally, newspaper, news)

2. Do you or any of your family members (meaning spouse, children, parents, brothers, sisters, aunts, uncles, or grandparents) live near the Oldcastle Materials Southeast, Inc. quarry, which is located on Alabama Highway 169 near the intersection with Lee Road 166 (which is south of the Uniroyal Goodrich Tire Co.)?

3. Do you, any of your family members, or close friends work for Oldcastle Materials Southeast, Inc., APAC, SRM ("Southern Ready Mix") Aggregates, CRH, plc, Oldcastle, Inc., Oldcastle Products and Distribution, and/or Oldcastle Materials, Inc.?

4. Oldcastle purchased the quarry from Hanson Aggregates Southeast, Inc. Hanson Aggregates Southeast, Inc. operated the quarry from June, 1999 to July, 2003. Did you, any of your family members, or close friends ever work for Hanson Aggregates Southeast, Inc.?

5. Opelika Materials operated the quarry from October, 1997 to June, 1999. Did you, any of your family members, or close friends ever work for Opelika Materials?

6. Do you or any of your family members work for companies that regularly buy products from Oldcastle Materials Southeast, Inc. or sell supplies or anything to Oldcastle Materials Southeast, Inc. (also known as "SRM")?

7. Do you or any of your family members work for any trucking company that hauls to or from Oldcastle Materials Southeast, Inc. or SRM?

8. Have you or any of your family members ever worked for a trucking company that hauls to or from Oldcastle Materials Southeast, Inc.?

9. Have you or any of your family members ever done any business of any sort with Oldcastle?

10. Are any of you familiar in any way with Oldcastle Materials Southeast, Inc.? (In any way which has not already been mentioned).

11. Do you or any of your family members work for Martin Marietta Aggregates located near Chewacla State Park in Auburn or Florida Rock located near Loachapoka or any quarry?

12. Have you or any of your family members worked for Martin Marietta Aggregates or Florida Rock or any other quarry?

13. Do you or any of your family members work for any sand and gravel company?

14. Have you or any of your family members ever worked for a sand and gravel company anywhere?

15. Do you or any of your family members work for a coal mine?

16. Have you or any of your family members ever worked for a coal mine or a coal mining company?

17. Do any of you or your family members receive any royalties, rents, or income from any quarry, sand and gravel operation, or mine?

18. Have you or any of your family members ever received royalties, rents, or income from any quarry, sand and gravel operation, or mine?

19. Do any of you know any of the Defendant's attorneys, Phillips E. Adams, Jr., Arnold W. Umbach, Jr., Patrick C. Davidson, Matthew W. White, Blake L. Oliver, Michael E. Short, Christine B. Dean, who are with the law firm of Adams, Umbach, Davidson & White, LLP in Opelika, Alabama?

20. Have any of you ever used the legal services of Phillip E. Adams, Jr., Arnold W. Umbach, Jr., Patrick C. Davidson, Matthew W. White, Blake L. Oliver,

        Michael E. Short, or Christine B. Dean, that is, have any of you ever consulted them, employed them, been represented by them, or used them for legal counsel in any manner? (Without disclosing the nature of the representation).

21. While you may not know them personally, does anyone know any of the Defendant's attorneys generally or are any of you just acquainted with them? (For example, belong to the same church, civic organization, club, or some other group.)

22. Have any members of your immediate family ever used the services of any of these attorneys in any manner? (Without disclosing the nature of the representation).

23. Have any members of your immediate family ever been employed by any of these attorneys?

24. Do any of you know any of the employees of Adams, Umbach, Davidson & White, LLP?

25. Some of the members of the Young and Gilmer families own the property where Oldcastle Materials Southeast, Inc. is located. (Oldcastle leases land from them). These individuals include Louise Young O'Brien, Virginia Young Priest, Virginia Hart Young, Claude John Young, Charles W. Gilmer, Sr., Alice C. Gilmer, Charles W. Gilmer, Jr., Kammy Gilmer, Barbara Gilmer (Smith), Gary Smith, Matthew Ruttledge Gilmer, and Lelia Wilder Gilmer. Gilmer Properties, LTD. also owns part of the property where the quarry is located.

    (a) Are you related by blood or marriage, even if distantly, to any of these individuals?

    (b) Do any of you have ownership interest or do business with Gilmer Family, Inc.?

    (c) Do any of you know or are you acquainted with any of these individuals or any member of their family?

26. Some of the Young family members are Margaret Young Brown, an attorney in Auburn, and Kelley Young who was either the plant foreman or the plant manager for Oldcastle. Are any of you related to them?

27. Are any of you or your family members friends with them?

28. Have any of you ever been represented by Margaret Young Brown?

29. Do any of you or your family members own any stock or any interest in Oldcastle Materials Southeast, Inc. or any of the other Oldcastle Corporations?

30. Do any of you or your family members own any stock or any interest in APAC, SRM or Southern Ready Mix?

31. Do any of you or your family members own any stock or any interest in Hanson Aggregates Southeast, Inc. or any other Hanson corporation?

32. Do any of you or your family members own any stock or any interest in any mine, sand and gravel company, or quarry anywhere?

33. Oldcastle may use as witnesses:

    (a) Dr. Bob Cook of the Geology Department at Auburn University. Are any of you related to or know Dr. Cook? Did any of you take any courses from Dr. Cook?

    (b) Bob Wood of Tuscaloosa. Are any of you related to or know Bob Wood?

    (c) Mr. Wood works for Tom Joiner & Associates, Inc., out of Tuscaloosa. Do any of you know anything about Tom Joiner & Associates?

    (d) Dr. Charles Faust of Virginia. Are any of you related to or know Dr. Charles Faust, who is president of a company named Geo-Trans? Or Pete Anderson of the Geo-Trans Atlanta, GA office? Or Fatimah Hinds? Or Mark Pyle?

    (e) Brian Fowler works for NAR, also called North American Reserves. Do any of you know anything about NAR or do you know Brian Fowler, who is from Vermont?

    (g) Do any of you know David Barker who is currently Vice President of Operations for Oldcastle/SRM for Alabama and Central Georgia? Mr. Barker resides in Opelika.

    (h) Do any of you know Ralph Ewers of Ewers Water Consultants, Inc. from Richmond, Kentucky?

    (i)    Do any of you know Bob St. John, P.E. of J2F, Inc.? J2F, Inc. is located in Birmingham. Mr. St. John lives in Hoover.

    (j)    Do any of you know Bennett Tucker, who is a civil engineer from J2F, Inc.?

    (k)    Do any of you know Bob Mink, Dorothy Raymond, and/or any employee of the Geological Survey of Alabama? Are any of you familiar with or had any dealings with the Geological Survey of Alabama?

    (l)    Do any of you know Ed Carey, President of SRM Aggregates? SRM Aggregates is located in Birmingham. Mr. Carey lives in Hoover.

34. Do any of you or your family members have education, training, or any work experience in:

    (a)    Sinkholes or sinkhole repair?

    (b)    Dye tracing or dye analysis?

    (c)    Rain fall and/or drought?

    (d)    Stream gauging or water flow in streams?

    (e)    Groundwater elevation monitoring?

    (f)    Drilling, boring, or coring rock?

    (g)    Mining?

    (h)    Geology?

    (i)    Hydrology, which is the study of groundwater?

    (j)    Road, highway, or bridge construction?

    (k)    Engineering? Geotechnical engineering?

If so, please explain your training and then discuss whether you have worked in that/those fields.

35. Have you or any of your family members ever lived within three (3) miles of a quarry or a mine?

36. Have any of you ever been to the Spring Villa pool when it was in operation?

37. Have any of you been to Spring Villa Park or the pool there since the pool has been without water?

38. Is there any reason you could not award a verdict of money damages to the Schwiekers if the facts and the law as given to you by the Judge support a verdict of money damages?

39. Do any of you have a strong belief that juries either should not punish wrongdoers, or that they give too much money in punitive damages against wrongdoers, that is, such a belief that you could not award punitive damages?

40. If the facts and the law, as explained to you by the Judge, are such that punitive damages should be awarded, is there anyone who still could not award punitive damages?

41. The burden of proof on the Plaintiff in a civil case like this case is to prove to your reasonable satisfaction or by a preponderance of the evidence. Is there anyone on the jury who believes the Plaintiffs must meet a higher burden of proof?

42. Does anyone on the jury incorrectly believe that for the Plaintiff to win the case in a civil case like this case that the Plaintiff must prove the case beyond a reasonable doubt or beyond all doubt?

43. Is there anyone on the jury who would incorrectly require absolute proof, that is, without any doubt, before you could decide for the Plaintiff?

44. Do you know of any reason at all – even if not specifically asked – that you could not fairly and impartially decide this case?

Respectfully submitted this the 1st day of May, 2008.

                                                    s/ C. E. Vercelli, Jr.
                                                  **CHARLES E. VERCELLI, JR.** (VER003)
                                                  One of the Attorneys for Plaintiffs

| | |
|---|---|
| **OF COUNSEL:**<br>LAW OFFICES OF JAMES B. SPRAYBERRY<br>P.O. Drawer 2429<br>Auburn, AL 36831-2429<br>TEL:  (334) 821-7100<br>FAX:  (334) 821-7101<br>jsprayberry-spraylaw@charter.net | Charles E. Vercelli, Jr.<br>VERCELLI & ASSOCIATES, P.C.<br>1019 S. Perry Street<br>Montgomery, AL 36104-5049<br>TEL:  (334) 834-8805<br>FAX:  (334) 834-8807<br>cvercelli@vercelli-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

Phillip E. Adams, Jr.
Matthew W. White
Christine B. Dean
ADAMS, UMBACH, DAVIDSON & WHITE, LLP
P. O. Box 2069
Opelika, AL 36803-2069


                                         **/s/  C. E. Vercelli, Jr.**
                                         Of Counsel

500-06\ Voir Dire Qs April 2008.4.wpd