IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**HANSON AGGREGATES** )<br>**SOUTHEAST, INC., et al.,** )<br>)<br>**Defendants.** ) | **CASE NO. 3:06-CV-838-MEF** |

## OLDCASTLE'S THIRD MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury of any future damages.  Plaintiffs have expressed their intention to introduce evidence regarding alleged damages which they may incur in the future.  Plaintiff claims that the quarry is an abatable nuisance.  In addition to monetary damages, Plaintiffs seek injunctive relief regarding the operation of the quarry in the future.  The primary purpose of imposing such relief would be to prevent future damage from occurring (to abate the nuisance).  Under a claim for an abatable nuisance, Plaintiffs cannot recover monetary damages for injuries which may be suffered in the future <u>and</u> receive injunctive relief designed to prevent such damage from occurring in the future. *See* Marsh and Gamble, *Ala. Law of Damages* (4th ed.) § 31-1 (1999) (stating that, under a claim for abatable nuisance, a plaintiff can only recover for those damages which he has sustained during the limitations period); and § 31-3 (stating that, under a claim for permanent nuisance, a plaintiff may recover both "past and prospective" damages in one action).

Respectfully submitted this 2nd day of May, 2008.

    /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

    /s/ Matthew W. White
     Of Counsel