IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES ) | |
| SOUTHEAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## OLDCASTLE'S FOURTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury about evidence from any non-licensed engineer witness on any issue "which requires engineering education, training, and experience." *See* Ala. Code § 34-11-1(7). In *Mobile v. Hunter*, 956 So. 2d 403 (Ala. 2006), the Alabama Supreme Court held that no person can testify in court on engineering issues unless they have been licensed by the state engineering board. Despite this recent decision clearly stating the law regarding testimony on engineering issues in Alabama, the Plaintiffs have indicated that they intend to use non-licensed engineers to testify about the proper ways to repair sinkholes. Based on the holding in *Hunter,* the Plaintiffs should not be allowed to do so unless and until the witness clearly demonstrates that he or she meets the minimum requirements to testify on engineering issues in Alabama as set forth in *Hunter* and Ala. Code § 34-11-1(7).

Respectfully submitted this 2nd day of May, 2008.

/s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

/s/ Matthew W. White
Of Counsel