IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:06-CV-838-MEF |
| | ) | |
| **HANSON AGGREGATES** | ) | |
| **SOUTHEAST, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## OLDCASTLE'S FIFTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding monetary payments to or of any materials supplied or donated to any individuals or entities for damages allegedly caused by the quarry's operation. Such evidence is irrelevant as to whether Oldcastle has operated a nuisance or has operated its quarry in a negligent or wanton manner. In addition, any evidence of monetary payments or materials supplied is barred by the subsequent remedial measures rule from proving culpable conduct. *See, e.g., People v. CSX Transp, Inc.,* 681 So. 2d 1388 (Ala. 1996). Therefore, any such evidence should be excluded under *Fed. R. Evid.* 402. In addition, presentation of any such evidence should also be excluded under *Fed. R. Evid.* 403 as such evidence would tend to create confusion in the minds of the jurors and would otherwise be misleading to the jury. Furthermore, any such evidence would create implications regarding the relative wealth of the parties. Implications regarding a party's wealth have the strong potential for creating irreversible prejudice in the minds of the jurors. *Allison v. Acton-*

*Etheridge Coal Co., Inc.*, 268 So. 2d 725, 729 (Ala. 1972)(finding that references to a party's wealth are so poisonous that they constitute ineradicable error).

Respectfully submitted this 2nd day of May, 2008.

/s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

/s/ Matthew W. White
Of Counsel