IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO.  3:06-CV-838-MEF |
| ) | |
| **HANSON AGGREGATES** ) | |
| **SOUTHEAST, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**OLDCASTLE'S SIXTH MOTION IN LIMINE**

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding the amount of limestone reserves at the quarry at issue in this case or the value of those limestone reserves.  Any such evidence has no bearing whatsoever on the Plaintiffs' claims in this action.  Any such evidence would be irrelevant under *Fed. R. Evid.* 401 and should be excluded under *Fed. R. Evid.* 402.  Furthermore, presentation of any such evidence should be excluded under *Fed. R. Evid.* 403 as the relevancy of such evidence would be substantially outweighed by the danger of unfair prejudice toward Oldcastle, and would tend to create confusion in the minds of the jurors and would otherwise be misleading to the jury.

Respectfully submitted this 2nd day of May, 2008.

      /s/ Matthew W. White
      PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
      MATTHEW W. WHITE (ASB-6809-W83M)
      Attorneys for Oldcastle Materials
      Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

      /s/ Matthew W. White
      Of Counsel