**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.  3:06-CV-838-MEF** |
| | ) | |
| **HANSON AGGREGATES** | ) | |
| **SOUTHEAST, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**OLDCASTLE'S SEVENTH MOTION IN LIMINE**

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding steps taken to "prevent, slow down, stop, or change sinkhole development," since August 2004.  Such questioning assumes facts that are disputed in this case.  Specifically that (1) Oldcastle is responsible for sinkhole development and (2) that Oldcastle is capable of preventing sinkholes.    Respectfully submitted this 2nd day of May, 2008.

 /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP

Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

    /s/ Matthew W. White
    Of Counsel