# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NO. 3:06-CV-838-MEF** |
| ) | |
| **HANSON AGGREGATES** ) | |
| **SOUTHEAST, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## OLDCASTLE'S EIGHTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding groundwater pollution. The Plaintiffs have adduced no evidence of groundwater pollution even existing in the area at issue in this action. Furthermore, they have not adduced any scientific or expert testing of the existence of or causation of any groundwater pollution. Therefore, any testimony or evidence regarding groundwater pollution would be wholly speculative and the relevancy of such evidence would be substantially outweighed by the danger of unfair prejudice toward Oldcastle, would tend to create confusion in the minds of the jurors and would otherwise be misleading to the jury. Therefore, it should be excluded under *Fed. R. Evid.* 403.

Respectfully submitted this 2nd day of May, 2008.

/s/ Matthew W. White

        PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
        MATTHEW W. WHITE (ASB-6809-W83M)
        Attorneys for Oldcastle Materials
        Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

     This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

        /s/ Matthew W.White
         Of Counsel