IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES ) | |
| SOUTHEAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**OLDCASTLE'S NINTH MOTION IN LIMINE**

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding monetary damages claimed by any person, entity, or party other than the Plaintiffs. The Plaintiffs claims are the only claims at issue during this trial. Therefore, any evidence regarding damages sustained by any other person or entity whatsoever is irrelevant under *Fed. R. Evid.* 401 and should be excluded under *Fed. R. Evid.* 402. Presentation of any evidence whatsoever regarding any other person's or entity's alleged damages or expenditures should also be excluded under *Fed. R. Evid.* 403 as any relevancy of such evidence would be substantially outweighed by the danger of unfair prejudice toward Oldcastle, would tend to create confusion in the minds of the jurors, and would otherwise be misleading to the jury.

Respectfully submitted this 2nd day of May, 2008.

      /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

      /s/ Matthew W. White
      Of Counsel