IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES ) | |
| SOUTHEAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## OLDCASTLE'S TENTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding the terms of Oldcastle's purchase of the quarry at issue in this case, particularly the amount of the purchase price. Information regarding the purchase price or other terms or similar information, would create an implication of the relative wealth of Oldcastle. Implications regarding a party's wealth have the strong potential for creating irreversible prejudice in the minds of the jurors. *Allison v. Acton-Etheridge Coal Co., Inc.*, 268 So. 2d 725, 729 (Ala. 1972)(finding that references to a party's wealth are so poisonous that they constitute ineradicable error). Therefore, the presentation of evidence regarding the sale of the quarry at issue in this case should be excluded under *Fed. R. Evid.* 403 as the relevancy of such evidence is substantially outweighed by the danger of unfair prejudice to Oldcastle, because such evidence would tend to create confusion in the minds of the jurors, and would otherwise be misleading to the jury.

Respectfully submitted this 2nd day of May, 2008.

/s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

/s/ Matthew W. White
Of Counsel