IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | CASE NO. 3:06-CV-838-MEF |
| ) | |
| **HANSON AGGREGATES** ) | |
| **SOUTHEAST, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## OLDCASTLE'S ELEVENTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury to the effect that they could not afford more extensive testing procedures designed to gather evidence in support of their claims, including but not limited to, asserting that Plaintiffs could not afford the level of testing performed by Oldcastle. Any assertions that the Plaintiffs could not afford the level of testing performed by Oldcastle would create implications regarding the relative wealth of the parties. Implications regarding a party's wealth have the strong potential for creating irreversible prejudice in the minds of the jurors. *Allison v. Acton-Etheridge Coal Co., Inc.*, 268 So. 2d 725, 729 (Ala. 1972)(finding that references to a party's wealth are so poisonous that they constitute ineradicable error). Plaintiffs' inability to afford more extensive testing is irrelevant under *Fed. R. Evid.* 401 and should be excluded under *Fed. R. Evid.* 402. Furthermore, the presentation of such evidence regarding the Plaintiffs' inability to afford more extensive testing should be excluded under *Fed. R. Evid.* 403 as any relevancy of such evidence is

substantially outweighed by the danger of unfair prejudice to Oldcastle, because such evidence would

tend to create confusion in the minds of the jurors and would be misleading to the jury.

      Respectfully submitted this 2nd day of May, 2008.

                        /s/ Matthew W. White
                        PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
                        MATTHEW W. WHITE (ASB-6809-W83M)
                        Attorneys for Oldcastle Materials
                        Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

                        /s/ Matthew W. White
                        Of Counsel