IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-CV-838-MEF |
| ) | |
| HANSON AGGREGATES ) | |
| SOUTHEAST, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## OLDCASTLE'S TWELFTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding the effects of dust, noise, blasting, and other quarry operations on their property. Plaintiffs have expressed an intent to call owners of property located close to the quarry as witnesses during this trial. At the trial of a similar matter in 2004 some of these witnesses testified about the effects of dust, noise, blasting, and other quarry operations on their property. However, this trial does not concern any such issues. Therefore, the effects of any alleged dust, noise, blasting, or other quarry operations are not at issue and are irrelevant under *Fed. R. Evid.* 401 and should be excluded under *Fed. R. Evid.* 402. Furthermore, the presentation of such evidence should be excluded under *Fed. R. Evid.* 403 as any relevancy of such evidence is substantially outweighed by the danger of unfair prejudice to Oldcastle, because such evidence would tend to create confusion in the minds of the jurors and would be misleading to the jury.

Respectfully submitted this 2nd day of May, 2008.

/s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

/s/ Matthew W. White
Of Counsel