IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CASE NO. 3:06-CV-838-MEF** |
| ) | |
| **HANSON AGGREGATES** ) | |
| **SOUTHEAST, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## OLDCASTLE'S THIRTEENTH MOTION IN LIMINE

COMES NOW the Defendant, Oldcastle Materials Southeast, Inc., ("Oldcastle") by and through the undersigned counsel, and moves this Court *in limine* to prohibit the Plaintiffs, their attorneys, and any witnesses from attempting to introduce evidence, commenting on, alluding to, or making any argument to the jury regarding any communications with the Alabama Department of Environmental Management (ADEM) about the operation of the quarry by Oldcastle. Said documents and/or communications are hearsay, and, unless and until, a proper witness from ADEM verifies and authenticates the records, the same would be inadmissible. Furthermore, several documents contained in the ADEM file contain hearsay statements from other persons who allegedly filed complaints with the agency. Said other statements by people other than parties to this case would be double hearsay and inadmissible pursuant to Rule 802 of the *Federal Rules of Evidence*.

Respectfully submitted this 2nd day of May, 2008.

          /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson, & White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following, this the 2nd day of May, 2008.

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

          /s/ Matthew W. White
           Of Counsel