## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| KEN and NAOMI SCHWIEKER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 3:06-CV-838 |
| | ) | |
| OLDCASTLE MATERIALS SOUTHEAST, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S REQUESTED JURY INSTRUCTIONS

Defendant Oldcastle Materials Southeast, Inc., ("Oldcastle") submits the following jury instructions, without waiving in any way its motion for judgment as a matter of law to be filed in this case. Oldcastle reserves the right to supplement these charges prior to or during the trial.

Respectfully submitted this the 2nd day of May, 2008.


  /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.


**OF COUNSEL**
Adams, Umbach, Davidson,
& White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

Lay witnesses have testified in this case and have been permitted to express an opinion and/or draw a conclusion. In passing upon the facts you are not required to accept the conclusions or expressed opinions of these witnesses, but must determine for yourselves the weight to be accorded to such testimony and evidence when considered in connection with all the other evidence material to the issue.


APJI 15.06.

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

An expert witness is one who by education, training and/or experience has attained such skill, knowledge or experience of some science, profession, business or occupation, not of common knowledge to the average layman.

APJI 15.07

GIVEN:_____

REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

Witnesses have testified in this case as experts and have expressed opinions based upon assumed facts which were set forth in hypothetical questions. The weight to be accorded such testimony is dependent entirely upon the truth of the material facts stated in the hypothetical questions and before considering the opinions of the experts, you should first examine carefully all the material facts stated in the hypothetical questions and be reasonably satisfied that they have substantially been proved to be true.

APJI 15.08

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

Witnesses have testified in this case as experts and have been permitted to express an opinion and draw a conclusion. In passing upon the facts you are not required to accept the conclusions or expressed opinions of expert witnesses, but must determine for yourselves the weight to be given to such testimony and evidence when considered in connection with all the other evidence material to the issue.

APJI 15.09

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

In awarding damages in any case your verdict must not be based on mere speculation or conjecture but must be based upon the evidence and the just and reasonable inferences shown thereby.

APJI 11.22

GIVEN:_____

REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

No plaintiff may recover for a nuisance based on an allegedly depressed "water table" unless you find to your reasonable satisfaction from the evidence that (1) his use of groundwater, either for consumption or support, was interfered with by the quarry's diversion of that water, and (2) that the water diverted by the quarry was only incidental to some other function of the quarry.

*See Henderson v. Wade Sand & Gravel Co., 388 So.2d 900, 903(Ala.1980).*


GIVEN:_____


REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

If you are reasonably satisfied from the evidence that the defendants drew ground water from under the quarry property for the beneficial use of the water on the quarry property, you may not find the defendants liable for any damages or harm to any plaintiffs' land resulting from such use of the water.

*See Adams v. Lang, 553 So.2d 89,92 (Ala.1989).*

GIVEN:_____


REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

If you are reasonably satisfied from the evidence that the defendants operated the quarry properly and lawfully, then you cannot find that the quarry constitutes a nuisance.

*See Jones v. Newton,* 454 So.2d 1345, 1348 (Ala. 1984) ("[t]he proper carrying out of a lawful activity does not constitute a nuisance.")

GIVEN:_____


REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

A nuisance is defined as: ". . .Any establishment erected on the premises of the owner, though for the purpose of trade or business, lawful in itself, which, from the situation, the inherent qualities of the business, or the manner in which it is conducted, directly causes <u>substantial</u> injury to the property of another, or produces <u>material</u> annoyance and inconvenience to the occupants of adjacent dwellings, rendering them physically uncomfortable."

*See Martin Bldg. Co. v. Imperial Laundry Co.*, 124 So. 82, 83 (Ala. 1929).

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

The Plaintiffs are required to prove to your reasonable satisfaction from the evidence that the quarry operations either <u>directly</u> caused <u>substantial</u> injury to the plaintiffs' own property, or produced <u>material</u> annoyance and inconvenience to the plaintiffs, as an occupant of an adjacent dwelling, rendering him or her physically uncomfortable.

*See Coleman v. Estes*, 201 So.2d 391, 395 (Ala. 1967).

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

An action such as this for damages for maintaining a private nuisance is governed by the statute of limitations of two years.  The plaintiffs may only recover damages for loss or injury within the two years before they joined this lawsuit.

*See Beam v. Birmingham Slag Co.*, 10 So.2d 162, 165 (Ala. 1942).

GIVEN:_____

REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

The defendants contend that Plaintiffs are not entitled to recover based on an Alabama law providing: No agricultural, manufacturing, or industrial plant or establishment or operation thereof shall be or become a nuisance, private or public, by any changed conditions in and about the locality thereof after the same has been in operation for more than one year when such plant, facility, or establishment was not a nuisance when the operation thereof began, unless the nuisance results from the negligent or improper operation of any such plant, facility, or establishment.

The burden is upon the Defendants to reasonably satisfy you by the evidence of the truthfulness of this defense.

*Ala. Code § 6-5-127(a)(1975); APJI 8.01*

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

It is the duty of one who is injured or damaged to exercise ordinary care to reduce his or her damages: he or she is bound to exercise such care as a reasonably prudent person would exercise under like circumstances to reduce or mitigate the damages.  He or she can recover only such damages as would have been sustained had such care been exercised.

APJI 11.29


GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

You may not award punitive damages to any plaintiff based on a claim for nuisances, unless you find to your reasonable satisfaction from the evidence that the defendant's acts were wanton, malicious, or attended by circumstances of aggravation. *See Seale v. Pearson*, 736 So. 2d 1108, 1113 (Ala. Civ. App. 1999).


GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

The burden is upon the plaintiffs to reasonably satisfy you by the evidence that the damages that the plaintiffs claim for the alleged negligent [or wanton] operation of the quarry occurred not more than two (2) years before the plaintiffs joined this law suit.

This action was commenced by the plaintiffs on September 1, 2006.

See APJI 8.02

GIVEN:_____

REFUSED:_____

<u>**OLDCASTLE'S REQUESTED JURY INSTRUCTION**</u>

Plaintiffs say that they were harmed by defendant's negligent conduct.  To recover damages on this claim, Plaintiffs must prove to your reasonable satisfaction all of the following:

      1.      That Defendant was negligent;

      2.      That Plaintiff was harmed; and

      3.      That Defendant's negligence was a cause of Plaintiff's harm.

APJI 28.00

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

Negligence is the failure to use reasonable care to prevent harm to oneself or others.

A person's conduct is negligent when he or she either does something that a reasonably prudent person would not do in a similar situation, or he or she fails to do something that a reasonably prudent person would have done in a similar situation.

You must decide if the defendant was negligent in this situation.

APJI 28.01

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

The cause of harm is that cause that naturally and probably brings about the

harm.

APJI 33.00

GIVEN:_____


REFUSED:_____

## OLDCASTLE'S REQUESTED JURY INSTRUCTION

Wantonness is the conscious doing of some act or omission of some duty under knowledge of existing conditions and conscious that from the doing of such act or omission of such duty an injury will likely or probably result. Before a party can be said to be guilty of wanton conduct it must be shown that with reckless indifference to the consequences he either consciously and intentionally did some wrongful act or consciously omitted some known duty which produced the injury.

APJI 29.00

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

""Wantonness"" is the conscious doing of some act or the omission of some duty under knowledge of existing conditions and conscious that from the doing of such act or omission of such duty injury will likely or probably result.

""Willfulness"" is the conscious doing of some act or omission of some duty under knowledge of existing conditions accompanied with a design or purpose to inflict injury.

Therefore, in ""wanton conduct"" and ""wanton injury"" a purpose or intent or design to injure is not an ingredient; and where a person from his knowledge of existing conditions and circumstances is conscious that his conduct will probably result in injury, yet, with reckless indifference or disregard of the natural or probable consequences, but without having an intent or design to injure, he does the act, or fails to act, he would be guilty of wantonness, but not of willfulness.

But, in ""willful conduct"" and ""willful injury"" a purpose or intent or design to injure is an ingredient; and where a person, with knowledge of the danger or peril to another consciously pursues a course of conduct with a design, intent, and purpose of inflicting injury, then he is guilty of willfulness.

APJI 29.01

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

The measure of damage for damage to real property is the difference in the reasonable market value of the land immediately before its damageand the reasonable market value immediately after thedamage.

APJI 11.26

GIVEN:_____

REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

Compensatory or actual damages are allowed and should be awarded where the plaintiff reasonably satisfies the jury from the evidence that plaintiff has been injured or damaged as a proximate result of an act of negligence on the part of the defendant.

The purpose of awarding compensatory damages is to fairly and reasonably compensate the injured party for the loss or injury sustained. Compensatory damages are intended as money compensation to the party wronged, to compensate him for his injury and other damages which have been inflicted upon him as a proximate result of the wrong complained of.

In some cases where the plaintiff has suffered insufficient harm, injury or loss to justify compensatory damages, nominal damages may be awarded for the defendant's technical violation of the plaintiff's rights.

APJI 11.01, 11.02

GIVEN:_____

REFUSED:_____

### <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

Nominal damages consist of a small, trivial, or insignificant sum of money and are given merely to vindicate the defendant's technical violation of plaintiff's rights.

APJI 11.40

GIVEN:_____


REFUSED:_____

## <u>OLDCASTLE'S REQUESTED JURY INSTRUCTION</u>

It is the duty of one damaged to exercise ordinary care to reduce his/her

damages: he/she is bound to exercise such care as a reasonably prudent person would

exercise under like circumstances to reduce or mitigate the damages.He/She can

recover only such damages as would have been sustained had such care been exercised.

APJI 11.29

GIVEN:_____


REFUSED:_____

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day served a copy of the foregoing on the following, this the 2nd day of May, 2008:

James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049

<u>/s/ Matthew W. White</u>
Of Counsel