**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** )<br>)<br>   **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**OLDCASTLE MATERIALS** )<br>**SOUTHEAST, INC.** )<br>)<br>   **Defendant.** ) | **CASE NO.: 3:05-CV-838** |

**DEFENDANT'S OBJECTION TO PLAINTIFFS' WITNESS LIST**
**FOR MAY 19, 2008 TRIAL**

Comes Now Defendant Oldcastle Materials Southeast, Inc., by and through the undersigned counsel, and hereby objects to the following witnesses listed by the Plaintiffs on their Witness List for the May 19, 2008 Trial filed on April 9, 2008:

1. Neal Hall;

2. Dan Hilyer;

3. Bill Harrelson;

4. Shirley Smith Dyson;

5. Mary Knapp;

6. David Tankersley;

7. John Twitty;

8. Larry Avery;

9. Glen Smith;

10. Judge Bill English;

11. Darren Brown;

12. Dr. Faust;

13. Justin Hardee;

14. Earl Parker;

15. Shirlene Parker;

16. Paul Sanders;

17. Press Allinder;

18. Donnie Smith;

19. Ronnie Smith;

20. Frank Whitman;

21. Darren Brown's father;

22. William Ingram;

23. Dennis Carlisle;

24. Frank Heisterkamp;

25. Todd Wheeler;

26. Steve Hackell; and

27. Manager of Beauregard Water Authority.

The testimony of these witnesses would be irrelevant, immaterial, and inadmissible as provided by Rules 401 and 402 of the *Federal Rules of Evidence*, or, alternatively, any probative value would be outweighed by prudential considerations of prejudice, confusion, delay, waste of time, and needless repetition, as provided by Rule 403 of the *Federal Rules of Evidence*.

Respectfully submitted this 2nd day of May, 2008.

                            /s/ Matthew W. White

        PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
        MATTHEW W. WHITE (ASB-6809-W83M)
        Attorneys for Oldcastle Materials
        Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson,
& White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

## **CERTIFICATE OF SERVICE**

   This is to certify that I have this day served a copy of the foregoing on the following, this the 2nd day of May, 2008:


James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049


            /s/ Matthew W. White
             Of Counsel