**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **KEN and NAOMI SCHWIEKER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CASE NO.: 3:05-CV-838** |
| ) | |
| **OLDCASTLE MATERIALS** ) | |
| **SOUTHEAST, INC.** ) | |
| ) | |
| Defendant. ) | |

### OLDCASTLE'S REQUESTED VOIR DIRE

Comes Now Defendant Oldcastle Materials Southeast, Inc., by and through the undersigned counsel, and hereby request that the following voir dire questions be submitted to the jury:

1. Do any of you know the plaintiffs in this case Ken or Naomi Schwieker, or any member of their family?

2. The plaintiffs are represented by Jim Sprayberry and Chip Vercelli.

    a. Are any of you social friends or acquaintances with Mr. Sprayberry or any member of his family?

    b. Has Mr. Sprayberry ever represented you or any member of your family in any legal matter?

    c. Do you know, or are you related to, any staff member that may work at Mr. Sprayberry's office?

    d. Are any of you social friends or acquaintances with Mr. Vercelli or any member of his family?

    e. Has Mr. Vercelli ever represented you or any member of your family in any

        legal matter?

        f.    Do you know, or are you related to, any staff member that may work at Mr. Vercelli's office?

3. Have any of you ever worked for Oldcastle or any of its subsidiaries?

4. Have any of you ever worked for any rock quarry?

5. Do you know any of the employees who work at the Oldcastle quarry in Lee County, Alabama?

6. There have been several quarry lawsuits in Lee County, Alabama. Do any of you know, or are you related to, any of the parties in those other cases?

7. The issue of quarries in Lee County, Alabama has gotten some attention in the press. Is there anyone on this panel who knows anything about this lawsuit or any previous lawsuits against quarries? Have you followed those stories in the newspaper? Have you asked or spoken to other people about the stories? Are you otherwise interested in this case for any reason whatsoever?

8. Do any of you, as you sit here today, have the feeling that you support a landowners effort to keep quarries from locating in this area, or to shut down quarries that are already in this area?

9. Do any of you have strong feelings about quarries, to the extent that you feel that quarries simply should not be allowed to operate, or should not be allowed to locate in this area?

10. Have any of you contributed money to any club or organization that supports or lobbies for environmental causes?

11. Are any of you members of Friends of the Chewacla-Uphapee River Basin?

12. Are any of you members of Save Our Saugahatchee?

13. Are any of you familiar with an organization known as "Wildlaw"?

14. Are any of you familiar with or members of Citizens for the Preservation of Shell Toomer Parkway?

15. Alabama has an specialty car tags that you can purchase for your vehicle, including an environmental car tag, Alabama Forests car tag, Cahaba River car tag, Choose Life car tag, Farming Feeds car tag, Forever Wild car tag, and Wildlife Federation car tag. Do any of you have such a car tag on your vehicle? Do any of your family members have such a car tag on their vehicle?

16. Have you or any member of your family ever experienced sinkholes on your property?

17. Do you or any member of your family have knowledge or expertise regarding the formation of sinkholes?

18. Do either you or any member of your family have any training in geology, hydrogeology, or dye tracing?

19. Have you or any member of your family ever lived near a rock quarry?

20. Have you or any member of your family ever lived near anything that you considered to be a nuisance, for example, a factory, a pig farm, or chicken houses?

21. Do any of you live near a factory, an interstate, an airport, or train tracks?

22. Have any of you ever had a dispute with a neighbor or with a city or county government about how you are using your land?

23. Have any of you ever had a dispute with a neighbor or with a city or county

government about how a neighbor was using the neighbor's land?

24. Do any of you not know what the uses are of rock from quarries?

25. Have any of you ever bought a load of gravel or crushed stone?

26. Do any of you have any special knowledge or expertise in real estate appraisal or real estate value in Lee County?

27. Do any of you own any land with sand, gravel, or stone deposits?

28. The following people may be witnesses in this case:

Neal Hall, the Engineer for Lee County, Alabama
Tom Aley;
Woody Hicks;
Rodger Getz;
Dan Hilyer;
Bill Harrelson;
Alan Lee;
Shirley Smith-Dyson;
Mary Knapp;
David Tankersley;
John Twitty;
Larry Avery;
Glen Smith;
Judge Bill English, Probate Judge of Lee County, Alabama;
Darren Brown;
Darren Brown's father;
Brian Fowler;
Dr. Faust;
Dr. Robert Cook, Auburn University;
Justin Hardee;
Fatima Hinds;
Pete Anderson;
Earl Parker;
Shirlene Parker;
Frank Heisterkamp;
Paul Sanders;
Greg Eidson;
Press Allinder;
Donnie Smith;

>   Ronnie Smith;
>   Frank Whitman;
>   Dr. Robert Wood;
>   William Ingram;
>   Todd Wheeler;
>   Dale Mapp;
>   Dennis Carlisle;
>   Jacob Pierce;
>   Dr. Ralph Ewers;
>   Steve Hackell;
>   A Manager of Beauregard Water Authority; and
>   Mark Pyle.
>
>   Do any of you know or are you related by blood or marriage, even if distantly, to any of these people? Would your knowledge of, or acquaintance with any of these individuals affect your ability to render a fair and impartial verdict based only on the evidence introduced at trial and the law as explained to you by the Court?

29. The plaintiffs and defendants have each retained independent experts in various fields to provide to you their opinions about certain issues in this case. Would any of you, for whatever reason, give expert opinions less weight or credibility than you would the testimony of lay people?

30. Do any of you have any negative opinion about the use of experts in science and other fields?

31. Now, this trial is scheduled to last for at least two weeks, and Oldcastle is scheduled to present its evidence to the jury at the very last. If selected to sit on this jury, can you keep an open mind and not form an opinion until you have heard all the evidence and have heard the legal instructions from the Judge? Is there anyone who cannot?

Respectfully submitted this 2nd day of May, 2008.

        /s/ Matthew W. White
PHILLIP E. ADAMS, JR. (ASB-9946-D56P)
MATTHEW W. WHITE (ASB-6809-W83M)
Attorneys for Oldcastle Materials
Southeast, Inc.

**OF COUNSEL**
Adams, Umbach, Davidson,
& White, LLP
Post Office Box 2069
Opelika, Alabama 36803-2069
(334) 745-6466

**CERTIFICATE OF SERVICE**

   This is to certify that I have this day served a copy of the foregoing on the following, this the 2nd day of May, 2008:


James B. Sprayberry, Esq.
Post Office Drawer 2429
Auburn, Alabama 36831-2429

Chip Vercelli, Esq.
Vercelli & Associates, P.C.
1019 S. Perry Street
Montgomery, Alabama 36104-5049


                  /s/ Matthew W. White
                   Of Counsel