# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| KEN and NAOMI SCHWIEKER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 3:06-CV-838 |
| | ) |
| OLDCASTLE MATERIALS SOUTHEAST, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFFS' SUPPLEMENTAL REQUESTED JURY CHARGES

In addition to the jury charges already requested by Plaintiffs, Plaintiffs move this Honorable Court to charge the jury with the attached jury charges, as well as others that might be proposed by the Plaintiffs.

Respectfully submitted this the 5th day of May, 2008.

s/ C. E. Vercelli, Jr.
**CHARLES E. VERCELLI, JR.** (VER003)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

LAW OFFICES OF JAMES B. SPRAYBERRY
P.O. Drawer 2429
Auburn, AL 36831-2429
TEL: (334) 821-7100
FAX: (334) 821-7101
jsprayberry-spraylaw@charter.net

Charles E. Vercelli, Jr.
VERCELLI & ASSOCIATES, P.C.
1019 S. Perry Street
Montgomery, AL 36104-5049
TEL: (334) 834-8805
FAX: (334) 834-8807
cvercelli@vercelli-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of May, 2008, I electronically filed the foregoing with the Clerk of the United States District Court for the Middle District of Alabama, using the CM/ECF system, which will send notification of such filing to the following counsel of record.

    Phillip E. Adams, Jr.
    Rick Davidson
    Matthew W. White
    Christine B. Dean
    ADAMS, UMBACH, DAVIDSON & WHITE, LLP
    P. O. Box 2069
    Opelika, AL 36803-2069

                                                               **/s/ C. E. Vercelli, Jr.**
                                                                Of Counsel

500-06\Ps' Requested Jury Charges.2.wpd

**PLAINTIFFS' REQUESTED JURY CHARGE NO. _____**

Each day of the continuing wrong or nuisance is an independent wrong and furnishes an independent cause of action.

*South & N.A.R. Company v. McLendon,* 63 Alabama 266 (Ala.1879).

**PLAINTIFFS' REQUESTED JURY CHARGE NO. _____**

The law does not require that before a party can abate a nuisance, he must show an injury which is unique to him.

*Strickland v. Lambert,* 268 Alabama 580, 109 So.2d 664 (Ala.1959).

**PLAINTIFFS' REQUESTED JURY CHARGE NO. _____**

An individual may commence an action for public or private nuisance where he has suffered damages different in kind and degree from those suffered by the public in general.

*Barnes v. Kent,* 292 Ala. 508, 296 So.2d 881 (Ala.1974).

**PLAINTIFFS' REQUESTED JURY CHARGE NO. _____**

Neither the fact that the public authorities held a hearing on the matter nor the fact that other neighbors suffered a like injury in enjoyment of their respective properties operates to destroy the special character of the damage to the Plaintiff and enjoyment of his property.

*Strickland v. Lambert,* 268 Alabama 580, 109 So.2d 664 (Ala.1959).