IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEN SCHWIEKER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:06-cv-838-MEF |
| ) | |
| OLD CASTLE MATERIALS ) | |
| SOUTHEAST, NC. ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the trial set for May 19, 2008 is continued generally.

2. That the parties file a joint stipulation of dismissal on or before May 30, 2008.

DONE this the 12th day of May, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE