IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **KEN and NAOMI SCHWIEKER,** | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CASE NO: 3:06-CV-838-MEF |
| | * | |
| **OLDCASTLE MATERIALS SOUTHEAST, INC.,** | * | |
| | * | |
| | * | |
| Defendant. | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff and the Defendant, by and through their attorneys of record and show unto the Court that this case has been settled between the parties and move that this case be dismissed with prejudice and with each party bearing his own costs.

Respectfully submitted,

/s/ James B. Sprayberry
JAMES B. SPRAYBERRY
Attorney for Plaintiffs Ken and Naomi Schwieker
Post Office Drawer 2429
Auburn, Alabama 36831-2429


/s/Matthew W. White
MATTHEW W. WHITE
Attorney for Defendant Oldcastle
P.O. Box 2069
Opelika, Alabama  36803-2069